UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DOROTHY CHAPPELL-JOHNSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Action No. 06-1074 (RCL) |
| **v.** ) | |
| ) | |
| **MARTIN J. GRUENBERG,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

Defendant Martin J. Gruenberg has filed an answer. Therefore, a Local Rule 16.3 Conference shall be held within fifteen (15) days of this date between plaintiff and defendants. Within ten (10) days thereafter, a report shall be filed with the Court, along with a proposed scheduling order. The Proposed Scheduling Order required by Local Rule 16.3(d) shall be submitted in Word Perfect (preferred) or Microsoft Word format by email to RCL_ECF@dcd.uscourts.gov.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on September 5, 2006.