UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOROTHY CHAPPELL-JOHNSON,  )<br>)<br>Plaintiff,  )<br>v.  )<br>)<br>SHEILA C. BAIR,  )<br>)<br>Defendant.  )<br>) | Civil Action No. 06-1074 (RCL) |

## INITIAL SCHEDULING ORDER

UPON CONSIDERATION of the parties' Joint Report of Local Rule 16.3 Conference and the entire record herein, it is this ____ day of _____, 2006 hereby,

ORDERED that the parties shall abide by the following dates, deadlines and limitations:

Parties are limited to ten depositions per side.

Parties are limited to serving 25 discrete interrogatories, requests for the production of documents and requests for admissions, respectively.

Parties will serve initial disclosures authorized under F.R.Civ.P. 26(a)(1) within 30 days from the date of this Order.

Plaintiff's expert(s) will be designated no later than 60 days from the date of this Order.

Defendant's expert(s) will be designated no later than 30 days after plaintiff's designation of expert(s).

Plaintiff's expert disclosures be served at least 60 days prior to close of discovery.

Defendant's expert disclosures should be served within 30 days after service of plaintiff's expert disclosures.

Close of all discovery 180 days from the date of this Order.

Deadline for filing dispositive motions 60 days after close of discovery.

| | |
|---|---|
| Deadline for filing opposition to dispositive motions. | 45 days after the filing of dispositive motions. |
| Deadline for filing reply to opposition to dispositive motions | 21 days after the filing of the opposition to dispositive motions. |
| Pretrial Conference | 60 days after Court rules on post-discovery dispositive motions |

IT IS SO ORDERED.

Date: _____

_____
UNITED STATES DISTRICT JUDGE