UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOROTHY CHAPPELL-JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-1074 (RCL) |
| v. ) | |
| ) | |
| SHEILA C. BLAIR, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## INITIAL SCHEDULING ORDER

UPON CONSIDERATION of the parties' Joint Report of Local Rule 16.3 Conference, and the entire record herein, it is hereby

ORDERED that the parties shall abide by the following dates, deadlines and limitations:

1. Parties are limited to ten depositions per side.

2. Parties are limited to serving 25 discrete interrogatories, requests for the production of documents, and requests for admission, respectively.

3. Parties will serve initial disclosures authorized under Federal Rules of Civil Procedure 26(a)(1) within 30 days from the date this Order.

4. Plaintiff's expert(s) will be designated no later than 60 days from the date of this Order.

5. Defendant's expert(s) will be designated no later than 30 days after plaintiff's designation of expert(s).

6. Plaintiff's expert disclosures will be served at least 60 days prior to close of discovery.

7. Defendant's expert disclosures should be served within 30 days after

       service of plaintiff's expert disclosures.

8.     Close of all discovery shall be 180 days from the date of this Order.

9.     Deadline for filing post-discovery dispositive motions shall be 60 days after close of discovery.

10.     Deadline for filing opposition to dispositive motions shall be 45 days after the filing of dispositive motions.

11.     Deadline for filing reply to opposition to dispositive motions shall be 21 days after the filing of the opposition to dispositive motions.

12.     Status Conference: After ruling on post-discovery dispositive motions, the Court will set dates for pretrial and trial.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on October 24, 2006.