UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOROTHY CHAPPELL-JOHNSON )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MARTIN J. GRUENBERG, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 06-1074 (RCL) |

**CONSENT MOTION TO ENLARGE TIME FOR DISCOVERY AND ADJUST SCHEDULING ORDER**

The plaintiff, by and through counsel, hereby respectfully moves this Court for an additional sixty days for discovery commencing on the date the Court grants this motion, and otherwise to adjust the schedule of future events, including the filing of dispositive motions, in this matter. This is the first motion for an enlargement of the discovery period in this case. Discovery is presently set to close on April 22, 2007.

The reasons for this motion to enlarge the time for discovery include that the press of work and the calendars for plaintiff's counsel have precluded the scheduling of necessary depositions at this time. This joint motion seeks sixty days to complete discovery given the extremely busy calendar for plaintiff's counsel during the initial discovery period, as well as over the upcoming months. For instance, the primary associate working this case was engaged in hearings in the matters of *Samuels v. DOJ*, EEOC No. 100-2006-00027X, Agency Case No. F-05-5941 (February 21-22, 2007); *Nwachuku v. EPA*, MSPB Docket No. DC-0752-07-0259-I-1 (March 20-21, 2007); *McCutcheon v. FDIC*, EEOC No. 570-2006-0129X, Agency No. FDICEO-050050 (April 5, 2007) (complainant withdrew her request for a hearing on April 4, 2007); and

*Duvall v. DHHS*, MSPB Docket No. DC-0752-07-0131-I-1 (April 13, 2007) (appeal dismissed without prejudice on March 31, 2007). In addition, that associate has a three-day hearing scheduled in the matter of *Landreth v. DOJ*, EEOC No. 140-2005-00078X, Agency File No. F-03-5804, in Charlotte, North Carolina (May 14-16, 2007).

Also, the associate on this case assisted in motions and trial preparation in the matter of *Brown v. PlatinumSolutions, Inc.*, C.A. No. 1:06cv842 (E.D. Va.). Over the last several months, the associate has also been involved in preparing written responses to and appeals of termination decisions in the matters of *In Re: Dayhoff*, *In Re: Overby*, and *In Re: Santana*. In addition, the associate has also been involved in preparing written responses and appeals of adverse personnel actions in the matters of *In Re: Judd* and *In Re: Budke*. During the next several months, the associate will be involved in preparing written responses of termination and other adverse personnel actions in the matters of *In Re: Goodwin*, *In Re: Marthens*, *In Re: Maiorana*, *In Re: Kramer*, *In Re: Jackson*, and *In Re: Hallman*. Moreover, the associate has been engaged, and will continue to engage, in motions practice and discovery in the matters of *Johnson v. Billington*, C. A. No. 98-1618 (D.D.C.); *Chowdhury v. FDIC*, C.A. No. 05-2368 (D.D.C.); *Duvall v. DHHS*, MSPB Docket No. DC-0752-07-0131-I-1; *Jeffers v. PBGC*, C.A. No. 03-1762 (D.D.C.); *Chappell-Johnson v. FDIC*, C.A. No. 06-1074 (D.D.C.); *Torres v. GPO*, C.A. No. 05-2158 (D.D.C.); *Allen v. DHHS*, No. 531-2007-00119X, Agency File No. HRS-06-06; and *Nwachuku v. EPA*, MSPB Docket No. DC-0752-07-0259-I-1, as well as engaged in opposing a motion for summary judgment in *Chappell-Johnson v. FDIC*, C.A. No. 03-1557. Due to problems associated with converting to a new office computer system configuration, discovery responses in the *Johnson v. Billington* case had to be completely reconstructed during January -

February 2007 after the draft documents, representing several months worth of work, were completely lost. Moreover, documents in several other matters were lost during the computer conversion and necessitated reconstruction of those documents, including discovery documents in the instant case. In addition, the primary associate on this case has been engaged in preparing appellants' briefs and joint appendices in the matters of *Vickers v. FDIC*, Appeal No. 06-5016 (CADC), and *Koch v. SEC*, Appeal No. 06-5134 (CADC).

Plaintiff respectfully requests that this Court grant this consent motion for an additional sixty days for discovery commencing on the date the Court grants this motion, and otherwise to adjust the schedule of future events, including the filing of dispositive motions, in this matter.

Respectfully Submitted,

/s/ James E. Simpson
David H. Shapiro, D.C. Bar # 961326
James E. Simpson, D.C. Bar # 482870
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W., Suite 1290
Washington, D.C. 20005
(202) 842-0300
FAX (202) 842-1418

Attorneys for Plaintiff