UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOROTHY CHAPPELL-JOHNSON, )<br> )<br> Plaintiff, )<br> )<br>v. )<br> )<br>MARTIN J. GRUENBERG, )<br> )<br> Defendant. )<br> ) | Civil Action No. 06-1074 (RCL) |

### ORDER

Upon consideration of plaintiff's Consent Motion [7] to enlarge time for discovery for a period of sixty days, commencing on the date of this Order, and otherwise to adjust the schedule of future events in this matter, it is hereby

ORDERED, that the plaintiff's consent motion be, and the same hereby is GRANTED; and it is further

ORDERED that the parties shall have an additional sixty days, commencing on the date of this Order, within which to conduct discovery and otherwise to adjust the schedule of future events, including the filing of dispositive motions, in this matter.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on May 2, 2007.