UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOROTHY CHAPPELL-JOHNSON )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MARTIN J. GRUENBERG, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 06-1074 (RCL) |

## PLAINTIFF'S MOTION TO ENLARGE TIME FOR DISCOVERY AND TO ADJUST SCHEDULING ORDER

The plaintiff, by and through counsel, hereby respectfully moves this Court for an additional sixty days for discovery commencing on the date the Court grants this motion, and otherwise to adjust the schedule of future events, including the filing of dispositive motions, in this matter. This is the second motion for an enlargement of the discovery period in this case. Discovery is presently set to close on July 2, 2007. This motion seeks 60 days to complete discovery in an abundance of caution, particularly given the traditional summer leave schedules for federal employees, whose depositions remain to be scheduled.

The reasons for this motion to enlarge the time for discovery include that the press of work and the calendars for plaintiff's counsel have precluded the scheduling of necessary depositions at this time. This joint motion seeks sixty days to complete discovery given the extremely busy calendar for plaintiff's counsel during the discovery period, as well as over the upcoming months. For instance, the primary associate working this case was originally scheduled to be engaged in a three-day hearing in the matter of *Landreth v. DOJ*, EEOC No. 140-2005-00078X, Agency File No. F-03-5804, in Charlotte, North Carolina during the period May

14-16, 2007; however, on May 5, 2007, the administrative judge rescheduled the hearing for June 26-28, 2007. On June 21, 2007, the administrative judge rescheduled the hearing for June 27-29, 2007. In order to prepare for and to conduct the hearing, the primary associate was in Charlotte, NC during the period June 23-30, 2007, and just returned to the office today, July 2, 2007.

Moreover, the associate has been engaged, and will continue to engage, in motions practice, mediation, and discovery in the matters of *Chowdhury v. FDIC*, C.A. No. 05-2368 (D.D.C.); *Duvall v. DHHS*, MSPB Docket No. DC-0752-07-0131-I-1;; *Chappell-Johnson v. FDIC*, C.A. No. 06-0314 (D.D.C.); *Torres v. GPO*, C.A. No. 05-2158 (D.D.C.); *Allen v. DHHS*, No. 531-2007-00119X, Agency File No. HRS-06-06; *Dancy v. DOJ*, MSPB Docket No. DC-0752-07-0039-I-2 (hearing currently scheduled for August 1, 2007); and *Nwachuku v. EPA*, C.A. No. 06-0946 (D.D.C.). In the matter of *Jeffers v. PBGC*, C.A. No. 03-1762 (D.D.C.), plaintiff's counsel had scheduled depositions of witnesses twice (during the periods May 9-15, and June 21-26) only to have them postponed due to unavailability of witnesses and/or defendant's counsel. In addition, the associate was involved in preparing an opposition to *Adams v. Rice*, Appeal No. 07-5101 (CADC), filed on June 21, 2007.

Also, over the last two months, this associate has been involved in reviewing agency files and/or preparing written responses to and appeals termination decisions in the matters of *In Re: Marthens, In Re: Goodwin, In Re: Kramer, In Re: Henning*, and *In Re: Morris*. In addition, the associate has also been involved in preparing written responses and appeals of adverse personnel actions in the matters of *In Re: Roper, In Re: Osa*, and *In Re: Davis*. During the next forty-five days, the associate will be involved in reviewing agency files and/or preparing written responses to terminations and other adverse personnel actions in the matters of *In Re: Hallman, In Re:*

*Schoeberl*, and *In Re: Wall*. In addition, the associate suffered from a debilitating abscess of a tooth, which required an emergency

Moreover, the partner working this matter has had an extremely busy trial calendar, with two jury trials in June 2007 in the matters of *Simpson v. Leavitt*, C.A. No. 03-1123 (D.D.C.) (June 4-8, 2007), and *Adams v. Mineta*, C.A. No. 04-0856 (D.D.C.) (originally scheduled for March 5-9, 2007, but which was rescheduled to June 13-19, 2007, and which trial actually occurred over eight days during the period June 13-29, 2007, before the jury rendered a verdict).

Plaintiff's counsel contacted defendant's counsel on June 22, 2007 and left two voice mail messages. Upon returning to the office from being out of the office for one week, on July 2, 2007, the associate again contacted defendant's counsel to seek defendant's consent to this motion. Defendant's counsel stated that defendant does not consent.

Plaintiff respectfully requests that this Court grant this motion for an additional sixty days for discovery commencing on the date the Court grants this motion, and otherwise to adjust the schedule of future events, including the filing of dispositive motions, in this matter.

Respectfully Submitted,

/S/
David H. Shapiro, D.C. Bar # 961326
James E. Simpson, D.C. Bar # 482870
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W., Suite 1290
Washington, D.C. 20005
(202) 842-0300
FAX (202) 842-1418

Attorneys for Plaintiff