UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOROTHY CHAPPELL-JOHNSON )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MARTIN J. GRUENBERG, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 06-1074 (RCL) |

### ORDER

UPON CONSIDERATION of the plaintiff's motion to enlarge time for discovery for a period of sixty days, commencing on the date of this Order, and otherwise to adjust the schedule of future events in this matter, it is hereby

ORDERED that the plaintiff's motion be, and the same hereby is GRANTED; and it is

FURTHER ORDERED that the parties shall have an additional sixty days, commencing on the date of this Order, within which to conduct discovery and otherwise to adjust the schedule of future events, including the filing of dispositive motions, in this matter.

_____
UNITED STATES DISTRICT JUDGE

Send copies of Order to:

David H. Shapiro
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005

and

William S. Jones
Federal Deposit Insurance Corporation
3501 Fairfax Drive
Arlington, VA 22226