UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DOROTHY CHAPPELL-JOHNSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Action No. 06-1074 (RCL) |
| v. ) | |
| ) | |
| **MARTIN J. GRUENBERG,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**<u>ORDER</u>**

Upon consideration of plaintiff's motion [9] to enlarge time for discovery for a period of sixty days, commencing on the date of this Order, and otherwise to adjust the schedule of future events in this matter, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the parties shall have an additional sixty days, commencing on the date of this Order, within which to conduct discovery and otherwise to adjust the schedule of future events, including the filing of dispositive motions, in this matter.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, August 20, 2007.