UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DOROTHY CHAPPELL-JOHNSON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-01074-RCL |
| ) | |
| **SHEILA C. BAIR, Chairman,** ) | |
| **Federal Deposit Insurance Corporation,** ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION TO EXTEND TIME
FOR DISCOVERY AND DISPOSITIVE MOTIONS**

The parties jointly file this motion to extend the time within which to comply with the Order entered on August 20, 2007, with regard to the close of discovery and the date by which to submit any dispositive motions pursuant to U.S. Dist. Ct. LCvR 7, and in support of this Joint Motion state the following:

Two previous extensions of time have been requested and granted with respect to discovery and dispositive motion deadlines, pursuant to which discovery is currently scheduled to close on October 19, 2007, with dispositive motions due 60 days after close of discovery.

Plaintiff has noticed depositions for October 18 and 19, 2007. However, due to health issues affecting deponents, counsel have agreed to postpone such depositions for four weeks until November 15 and 16, 2007.

Accordingly, the parties request that the Court approve the following adjustments to the schedule:

(a) Discovery to close on November 16, 2007;

(b) Dispositive motions will be due by January 18, 2008.

A proposed order is attached.

Respectfully submitted,

/s/ James E. Simpson                                    /s/ William S. Jones
_____                        _____
David H. Shapiro, D.C. Bar # 961326            William S. Jones
James E. Simpson, D.C. Bar # 376379           Georgia Bar # 404288
Swick & Shapiro, P.C.                                   Counsel, Legal Division
1225 Eye Street, N.W.                                   Federal Deposit Insurance Corporation
Suite 1290                                                     3501 N. Fairfax Drive (VS-E6006)
Washington, D.C. 20005                               Arlington, VA 22226
(202) 842-0300                                              (703) 562-2362
(202) 842-1418 (Fax)                                    (703) 562-2482 (Fax)

Attorneys for Plaintiff                                   Attorney for Defendant

Dated: October 17, 2007

2