UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **DOROTHY CHAPPELL-JOHNSON,** | ) | |
| **Plaintiff,** | ) | |
| v. | ) | Case No. 1:06-cv-01074-RCL |
| **SHEILA C. BAIR, Chairman,** | ) | |
| **Federal Deposit Insurance Corporation,** | ) | |
| **Defendant.** | ) | |

## ORDER

UPON CONSIDERATION of the parties' Joint Motion to Extend Time for Discovery and Dispositive Motions, it is this ____ day of October, 2007,

ORDERED that the joint motion is granted, and it is further

ORDERED that the scheduling order in this case is amended as follows: (a) Discovery will close on November 16, 2007; and (b) Dispositive motions will be due by January 18, 2007.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE