UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOROTHY CHAPPELL-JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-01074-RCL |
| ) | |
| SHEILA C. BAIR, Chairman, ) | |
| Federal Deposit Insurance Corporation, ) | |
| ) | |
| Defendant. ) | |

## ORDER

UPON CONSIDERATION of the parties' Joint Motion [13] to Extend Time for Discovery and Dispositive Motions, it is this 23rd day of October, 2007,

ORDERED that the joint motion is granted, and it is further

ORDERED that the scheduling order in this case is amended as follows: (a) Discovery will close on November 16, 2007; and (b) Dispositive motions will be due by January 18, 2007.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth on October 23, 2007.