UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOROTHY CHAPPELL-JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-01074-RCL |
| ) | |
| SHEILA C. BAIR, Chairman, ) | |
| Federal Deposit Insurance Corporation, ) | |
| ) | |
| Defendant. ) | |

**SECOND JOINT MOTION TO EXTEND TIME
FOR DISCOVERY AND DISPOSITIVE MOTIONS**

The parties jointly file this motion to extend the time within which to comply with the Order entered on October 23, 2007, with regard to the close of discovery and the date by which to submit any dispositive motions pursuant to U.S. Dist. Ct. LCvR 7, and in support of this Joint Motion state the following:

Three previous extensions of time have been requested and granted with respect to discovery and dispositive motion deadlines, pursuant to which discovery is currently scheduled to close on November 16, 2007, and dispositive motions are to be filed by January 18, 2008.

During the deposition of the Agency's selecting official on November 15, 2007, the parties agreed to defer completion of the final four hours of her deposition for two weeks until November 29, 2007, as an accommodation to the deponent, who is taking medication in connection with her treatment for cancer.

Accordingly, the parties request that the Court approve a further adjustment to the schedule, as follows:

(a) Discovery to close on November 29, 2007;

(b) Dispositive motions will be due by Friday, February 1, 2008.

A proposed order is attached.

Respectfully submitted,

/s/ *James E. Simpson*    /s/ *William S. Jones*
_____    _____
David H. Shapiro, D.C. Bar # 961326    William S. Jones
James E. Simpson, D.C. Bar # 376379    Georgia Bar # 404288
Swick & Shapiro, P.C.    Counsel, Legal Division
1225 Eye Street, N.W.    Federal Deposit Insurance Corporation
Suite 1290    3501 N. Fairfax Drive (VS-E6006)
Washington, D.C. 20005    Arlington, VA 22226
(202) 842-0300    (703) 562-2362
(202) 842-1418 (Fax)    (703) 562-2482 (Fax)

Attorneys for Plaintiff    Attorney for Defendant

Dated: November 16, 2007