UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DOROTHY CHAPPELL-JOHNSON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-01074-RCL |
| ) | |
| **SHEILA C. BAIR, Chairman,** ) | |
| **Federal Deposit Insurance Corporation,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

UPON CONSIDERATION of the parties' Second Joint Motion to Extend Time for Discovery and Dispositive Motions, it is this 19th day of November, 2007,

ORDERED that the joint motion is granted, and it is further

ORDERED that the scheduling order in this case is amended as follows: (a) Discovery will close on November 29, 2007; and (b) Dispositive motions will be due by February 1, 2008.

SO ORDERED.

_____/s/_____
United States District Judge Royce C. Lamberth