UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **DOROTHY CHAPPELL-JOHNSON,**<br><br>　　**Plaintiff,**<br><br>　　v.<br><br>**SHEILA M. BAIR,**<br>**Chairman,**<br>**Federal Deposit Insurance Corporation,**<br><br>　　**Defendant.** | )<br>)<br>)<br>)<br>)<br>)   Case No. 1:06-cv-01074-RCL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

UPON CONSIDERATION of Defendant's Motion for Summary Judgment, the opposition thereto, the reply, and the entire record herein, it is this ____ day of _____, 2008

ORDERED that Defendant's Motion is hereby GRANTED, and it is further

ORDERED that this matter is DISMISSED WITH PREJUDICE.  This is a final and appealable order.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Copies to:

David Shapiro
Swick & Shapiro, P.C.
1225 Eye Street, Suite 1290
Washington, D.C. 20005

Attorney for Plaintiff


William S. Jones
Counsel, Legal Division
Federal Deposit Insurance Corporation
3501 N. Fairfax Drive (VS-E6006)
Arlington, Virginia 22226

Patricia Davison-Lewis
D.C. Bar No. 414378
Counsel, Legal Division
Federal Deposit Insurance Corporation
3501 N. Fairfax Drive (VS-E6010)
Arlington, VA 22226
(703) 562-2315
(703) 562-2482 (Fax)

Attorneys for Defendant