# EXHIBIT 21

**(Potucek Deposition I Errata)**

# ERRATA

In Re: <u>Dorothy Chappell-Johnson</u>   v.   <u>Martin J. Gruenberg</u>

Case No. <u>06-1074 (RCL)</u>   Date Taken: <u>November 15, 2007</u>

Deposition Of: <u>Lorinda Susan Potucek</u>

I hereby certify I have read my deposition and that it is accurate with correction listed below:

| PAGE | LINE | AS TRANSCRIBED | CHANGE TO |
|---|---|---|---|
| 16 | 18 | Center, Dr. Anna Sing. | Center, Dr. Anna Singh. |
| 23 | 22 | Veejay Deshpande. | Vijay Deshpande. |
| 34 | 7 | MB? | NB? |
| 34 | 8 | MB. I can't remember the number. They have | NB. I can't remember the number. They have |
| 34 | 11 | Do you recall what "MB" stands for? | Do you recall what "NB" stands for? |
| 47 | 4 | Arleese Upton Key. | Arleas Upton Kea. |
| 48 | 12 | Ed Chmalowski. | Ed Chmielowski. |
| 48 | 14 | All I know is it's C-h-m-alowski. | All I know is it's Chmielowski. |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Deponent Signature: *Lorinda S Potucek*   Date: *January 28, 2008*

# **EXHIBIT 22**

**(Potucek Deposition II Errata)**

# ERRATA

In Re: <u>Dorothy Chappell-Johnson</u>    v.    <u>Martin J. Gruenberg</u>

Case No. <u>06-1074 (RCL)</u>    Date Taken: <u>November 29, 2007</u>

Deposition Of: <u>Lorinda Potucek</u>

I hereby certify I have read my deposition and that it is accurate with correction listed below:

| PAGE | LINE | AS TRANSCRIBED | CHANGE TO |
|---|---|---|---|
| 27 | 9 | I would do that or I would have Janet Forrest | I would do that or I would have Janet Vorce |
| 27 | 11 | And who is Janet Forrest? | And who is Janet Vorce? |
| 27 | 12 | Janet Forrest was my Grade 14 lead. | Janet Vorce was my Grade 14 lead. |
| 56 | 8 | during the RIF, we had to pull for the delegated | during the RIF, we had to pull for the contractors |
| 56 | 9 | examining unit, for their audit, we had to match up a | for their use and audit, we had to match up a |
| 66 | 5 | Probably. | Probably not. |
| 67 | 13 | Joerita Campbell and Susan Boosinger. | Jo Rita Campbell and Susan Boosinger. |
| 67 | 14 | And who selected Joerita Campbell and Susan | And who selected Jo Rita Campbell and Susan |
| 67 | 17 | an interest to see who's available. And Joerita was | an interest to see who's available. And Jo Rita was |
| 67 | 21 | Joerita was available, and then I needed somebody from | Jo Rita was available, and then I needed somebody from |
| 69 | 3 | know. And so maybe Joerita at that time put up her | know. And so maybe Jo Rita at that time put up her |

| 70 | 12 | Okay. Do you know whether Joerita Campbell | Okay. Do you know whether Jo Rita Campbell |
| --- | --- | --- | --- |
| 70 | 22 | or comments that you made to either Joerita Campbell or | or comments that you made to either Jo Rita Campbell or |
| 73 | 5 | one of the few here who don't do panels for student | one of the few here who do panels for student |
| 73 | 12 | would have Janet Forrest do it since she was my Grade | would have Janet Vorce do it since she was my Grade |
| 74 | 9 | to the panel members, Joerita Campbell and Susan | to the panel members, Jo Rita Campbell and Susan |
| 74 | 20 | Joerita Campbell Susan Boosinger, that you were looking | Jo Rita Campbell Susan Boosinger, that you were looking |
| 78 | 7 | we and Joerita, Rita Bial-Boxley, the HR Specialist, | we and Jo Rita, Rita Bial-Boxley, the HR Specialist, |
| 78 | 20 | the documents that Joerita and Susan Boosinger had in | the documents that Jo Rita and Susan Boosinger had in |
| 85 | 21 | rank paper applications, and it was still not a | ranked paper applications, and it was still not a |
| 93 | 12 | Joerita Campbell and Susan Boosinger after they | Jo Rita Campbell and Susan Boosinger after they |
| 125 | 1 | Joerita Campbell for each six? | Jo Rita Campbell for each six? |
| 153 | 11 | It doens't matter. | It doesn't matter. |

Deponent Signature: _Lourdes S Potruch_   Date: _January 28, 2008_

2

# **EXHIBIT 23**

**(Potucek Supplemental Affidavit)**

# SUPPLEMENTAL AFFIDAVIT

STATE OF

COUNTY OF

    I, Lorinda S. Potucek, Conanan Consent Decree Compliance Officer and Headquarters Human Resources Officer for Operations, Division of Administration, Federal Deposit Insurance Corporation, Washington, DC, do hereby offer freely and voluntarily the following responses to supplemental interrogatories submitted to me as part of an inquiry into allegations of discrimination which were raised by Dorothy Chappell-Johnson against the Federal Deposit Insurance Corporation in complaint FDICEO-050017. I am aware that this statement may be used in evidence. I understand that this statement is not confidential and may be shown to the interested parties (those who have a legal right to know). I hereby solemnly swear or affirm:

1. Who decided to convene a rating panel for this vacancy? Lorinda S. Potucek

2. Why was the rating panel convened? Compliance with the Conanan Consent Decree

3. What was the role of the panel in the selection process? To refer the best qualified and make a recommendation on who should be selected.

4. What information were you provided by the rating panel for this vacancy? Rankings of all candidates interviewed; the two panelists also shared their interview notes.

5. What reliance did you place upon the recommendation of the panel? I based the selection on their recommendation.

I have read the above statement consisting of _1_ pages, and it is true and complete to the best of my knowledge and belief. I understand that the information I have given is not to be considered confidential and that it may be show to the interested parties.

Signed/Lorinda S Potucek

_____
Signature
September 2, 2005

_____
Date

_____   _____
Witness                          Date

Page ___ of ___                                      Initials _____

# EXHIBIT 24

(Potucek Supplemental Affidavit II)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DOROTHY CHAPPELL-JOHNSON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SHEILA M. BAIR, )<br>Chairman, )<br>Federal Deposit Insurance Corporation, )<br>)<br>Defendant. )<br>) | Case No. 1:06-cv-01074-RCL |

## DECLARATION OF LORINDA POTUCEK

In accordance with the provisions of 28 U.S.C. § 1746, I the undersigned, Lorinda Potucek, do hereby make the following unsworn declaration, under penalty of perjury, pertinent to the above-styled and numbered cause:

1. I am currently employed as the Chair, Division of Administration ("DOA"), Corporate University at the Federal Deposit Insurance Corporation headquarters office in Arlington, Virginia.

2. I held the position of Human Resources Officer in DOA during the time period involving Plaintiff's EEO complaint filed herein.

3. The statements made herein are based upon my personal knowledge.

4. In connection with Plaintiff's EEO complaint in this matter, I was interviewed by EEO investigator Charlester Williams (DSZ & Associates) in late 2005 and provided him with two Affidavits dated August 12, 2005 and September 2, 2005 respectively. A true and correct copy of each affidavit is attached hereto to the motion for summary judgment and sets forth the basic facts surrounding my role in the selection process.

5. I would like to clarify that I served as the Selecting Official for the Human Resources Specialist (Compensation) CG-201-07/09/11 position advertised under Vacancy Announcement Number 2004-HQ-2637 which is at issue in this matter. (As I clarified in my deposition of November 29, 2007 (Potucek Dep. II) in this EEO proceeding, I misspoke when I referred to myself as the Recommending

Official in my prior affidavit dated August 8, 2005.) (See Potucek Dep. II at 66).

6. Also, as stated in my deposition, at the time of making my selection decision, I only reviewed the applications of the top two candidates who were recommended by the structured interview panel that I had convened to preliminarily evaluate the candidates. I gave total deference to the panel's recommendation of two candidates as the top contenders. Therefore, I did not have any reason to review the written application materials submitted by the lesser ranked candidates.

7. In order to make a selection, I found it necessary to review the written application materials submitted by the top two candidates because the structured interview panel told me that these two top contenders were tied for first place.

8. However, when EEO investigator Charlester Williams met with me during the course of the EEO investigation in this proceeding, he handed me the applications of Selectee Roger Little and Complainant Dorothy Chappell Johnson and specifically instructed me to "[p]lease explain why the Complainant was not selected for the position. In doing so, please compare her qualifications to that of the Selectee." Potucek Aff. I at 1. In compliance with his instructions, I compared the two written applications that he had handed to me (the Selectee's application and Complainant's application) even though I had not reviewed the Complainant's application when I made the selection decision.

9. The comparison, which I provided in response to the EEO investigator's specific question, was based upon my spontaneous observations as a result of comparing the two written applications and my recollection of impressions conveyed to me by the structured interview panel when we discussed their evaluations after they had interviewed all of the candidates on the Merit Promotion Roster. I recall that the structured interview panel had been provided with copies of the all of the candidates' written application materials at the time that they conducted interviews and evaluated each of the candidates.

10. At or about the same period of time that I selected Mr. Little for the Human Resources Specialist (Compensation) position, I selected two females and one male to fill three other vacancies for which I was responsible for making the hiring decisions. (See Candidate Selection Recommendations for Joyce Orr, Paula Foreman and Robert Lorgeree attached hereto.) I had forgotten about Mr. Lorgeree because he worked in our Boston/New York regional office, while Ms. Orr and Ms. Foreman were located here in Washington, D.C.

11. As I indicated during my deposition, the structured interview panelists gave me their notes regarding their evaluations of the candidates on the Merit Promotion Roster after they had completed all of the interviews. I put the materials in my credenza. On a later date, when I opened my credenza, I discovered that the interview notes were gone. I subsequently discovered that 32 merit promotion case files and other official documents were missing. See Potucek Dep. II at 117

- 118.

12. I reported the missing files to the Office of Inspector General ("OIG") at the FDIC for a formal investigation. (See Email from Christine Griffin to Michael Cosgrove of the OIG's Office dated January 9, 2008, indicating that the OIG received information from Ms. Potucek regarding the disappearance of merit promotion files on September 4, 2004).

13. The OIG investigated the matter but was never able to determine who took the documents. Potucek Dep. II at 118-119, 137.

14. Regarding recency and relevancy of the Plaintiff's training experience, I note that Plaintiff states that she in the past trained management and other personnel specialists on the PERFORM appraisal system. See Chappell-Johnson Dep. 117 – 118; 129. However, that appraisal system is outdated. The Agency stopped using the PERFORM appraisal system years ago.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on *February 1*, 2008.

*Lorinda S Potucek*
Lorinda Potucek

Federal Deposit Insurance Corporation
# CANDIDATE SELECTION RECOMMENDATION

INSTRUCTIONS: Please review the guidance on appropriate documentation prior to completing this form.

1. The Selecting Official completes a separate form for each candidate selected and retains a photocopy with your selection interview file.
2. The Selecting Official includes the completed form(s) with the case file (rosters, applications, etc.) and transmits to the Approving Official for final decision. The Approving Official indicates decision(s) on rosters, not on this form.
3. The Approving Official returns this form with the complete file to the servicing Human Resources Officer for concurrence.

## SECTION I – POSITION INFORMATION

| Position Title/Series/Grade | Vacancy Announcement Number |
|---|---|
| HR Specialist, CG-201-9/11/12 | 2004-HQ-2650 |

## SECTION II – SELECTION INFORMATION

| Name of Candidate Selected | Grade Level for Proposed Selection |
|---|---|
| Joyce Orr | CG-11 |
| Duty Location for Proposed Selection | Recommended Start Date |
| Washington, D.C. | ASAP |

## SECTION III - JUSTIFICATION

Selection of the candidate named above is based on criteria set forth in the vacancy announcement as follows:

Joyce is currently a HR Specialist responsible for the Student Educational Employment Program. She provides advice and guidance to management officials on all of the student programs at FDIC, and has a direct impact on the success of these programs at FDIC. Joyce has a developed a wealth of HR knowledge related to the functional HR areas throughout her career, specifically relating to the competitive and excepted hiring authorities, qualifications standards and delegated examining procedures. She has experience relating to position management, classification, staffing and recruitment areas, serves as a consultant to senior managers advising them on the full range of HR issues, and excels in areas related to the Student Educational Employment Program. Joyce has excellent written and oral communication skills. She is recognized throughout the Corporation for her presentations during the annual summer intern programs.

Joyce brings a wealth of experience not only as an HR Specialist, but also her HR Assistant background, and will be a valued asset to the Operations area.

## SECTION IV – SIGNATURE OF SELECTING OFFICIAL

Form Prepared By:

| Name (Print or Type) | Title |
|---|---|
| Lorinda Potucek | Human Resource Officer, Headquarters Operations |

Telephone Number of Selecting Official

202-942-3048

| Signature | Date |
|---|---|
| [signed] Lorinda Potucek | 10/27/04 |
| Signature of Concurring Human Resources Officer [signed] Asst Dir, HR Service Ctr | Date 10/27/04 |

FDIC 2100/18 (4-03)

Federal Deposit Insurance Corporation
# CANDIDATE SELECTION RECOMMENDATION

INSTRUCTIONS: Please review the guidance on appropriate documentation prior to completing this form.

1. The Selecting Official completes a separate form for each candidate selected and retains a photocopy with your selection interview file.
2. The Selecting Official includes the completed form(s) with the case file (rosters, applications, etc.) and transmits to the Approving Official for final decision. The Approving Official indicates decision(s) on rosters, not on this form.
3. The Approving Official returns this form with the complete file to the servicing Human Resources Officer for concurrence.

## SECTION I – POSITION INFORMATION

| Position Title/Series/Grade | Vacancy Announcement Number |
|---|---|
| HR Specialist, CG-201-9/11/12 | 2004-HQ-2650 |

## SECTION II – SELECTION INFORMATION

| Name of Candidate Selected | Grade Level for Proposed Selection |
|---|---|
| Paula Foreman | CG-9 |
| Duty Location for Proposed Selection | Recommended Start Date |
| Washington, D.C. | ASAP |

## SECTION III - JUSTIFICATION

Selection of the candidate named above is based on criteria set forth in the vacancy announcement as follows:

Paula is currently a HR Assistant, GS-7 providing services to DSC, and has responsibilities for supporting HR Specialist in the areas of position classification and position management, recruitment and staffing. Throughout her career she has acquired knowledge of human resources management concepts, laws, practices and policies to solve HR issues. Paula has extensive experience as an HR Assistant in staffing and recruitment, and has excellent written and oral communication skills. She has acquired skills in oral communications responding to inquiries from employees and managers, and has exceptional customer service skills. Paula has experience with HR systems including NFC, CHRIS and CERTS. Paula has taken a variety of training courses related to the HR area continuing to stay abreast of the changes within the HR arena.

Paula experience as a HR Assistant provides her with a strong background and wealth of experience in HR, and she will be a valuable asset to the Operations area.

## SECTION IV – SIGNATURE OF SELECTING OFFICIAL

Form Prepared By:

| Name (Print or Type) | Title |
|---|---|
| Lorinda Potucek | Human Resource Officer, Headquarters Operations |

Telephone Number of Selecting Official

202-942-3048

| Signature | Date |
|---|---|
| [signed] Lorinda Potucek | 10/27/04 |
| Signature of Concurring Human Resources Officer | Date |
| [signed] Shirley J. Purnell, Asst Dir, HR Service Ctr | 10/27/04 |

FDIC 2100/15 (4-03)

Federal Deposit Insurance Corporation
# CANDIDATE SELECTION RECOMMENDATION

INSTRUCTIONS: Please review the guidance on appropriate documentation prior to completing this form.

1. The Selecting Official completes a separate form for each candidate selected and retains a photocopy with your selection interview file.
2. The Selecting Official includes the completed form(s) with the case file (rosters, applications, etc.) and transmits to the Approving Official for final decision. The Approving Official indicates decision(s) on rosters, not on this form.
3. The Approving Official returns this form with the complete file to the servicing Human Resources Officer for concurrence.

## SECTION I – POSITION INFORMATION

| Position Title/Series/Grade | Vacancy Announcement Number |
|---|---|
| HR Specialist, CG-201-9/11/12 | 2004-HQ-2650 |

## SECTION II – SELECTION INFORMATION

| Name of Candidate Selected | Grade Level for Proposed Selection |
|---|---|
| Robert Lorgeree | CG-12 |
| Duty Location for Proposed Selection | Recommended Start Date |
| Washington, D.C. | ASAP |

## SECTION III - JUSTIFICATION

Selection of the candidate named above is based on criteria set forth in the vacancy announcement as follows:

Bob is currently a HR Specialist serving as technical advisor for all areas of human resources for the Boston/New York region. He provides advice and guidance to management officials on qualification requirements, pay issues, merit promotion, employment and placement requirements, position management, performance management, information systems, etc. Bob has a developed a wealth of HR knowledge related to the functional HR areas throughout his career, specifically relating to the competitive and excepted hiring authorities, qualifications standards and delegated examining procedures. He also has experience relating to classification, staffing and recruitment areas, serves as a consultant to senior managers advising them on the full range of HR issues. Bob has excellent written and oral communication skills. He is recognized by his managers for his exceptional customer service skills.

Bob brings a wealth of experience not only as an HR Specialist with FDIC, but he also has years of experience as an HR Specialist with the Department of Veteran Affairs and will be a valued asset to the Headquarters Operations area.

## SECTION IV – SIGNATURE OF SELECTING OFFICIAL

Form Prepared By:

| Name *(Print or Type)* | Title |
|---|---|
| Lorinda Potucek | Human Resource Officer, Headquarters Operations |

Telephone Number of Selecting Official

202-942-3048

| Signature | Date |
|---|---|
| *Lorinda Potucek* | 10/27/04 |
| Signature of Concurring Human Resources Officer | Date |
| *Shirley G. Purnell* Asst. Dir., HR Service Ctr | 11-3-04 |

FDIC 2100/15 (4-03)

**Jones, William S.**

| | |
|---|---|
| **From:** | Cosgrove, Michael |
| **Sent:** | Wednesday, January 09, 2008 12:08 PM |
| **To:** | Jones, William S.; Toyer, Valerie V. |
| **Subject:** | FW: 2004 OIG REFERRAL |

Bill:

    Here is the information you requested.

Mike

---

**From:** Griffin, Christine L.
**Sent:** Wednesday, January 09, 2008 9:42 AM
**To:** Cosgrove, Michael
**Cc:** Gibson, Fred W.; Gibson, Sara B.; Alessandrino, Matthew T.; Toyer, Valerie V.
**Subject:** RE: 2004 OIG REFERRAL

Mike,

On September 4, 2004, the OIG-OI received information from Lorinda Potucek regarding the disappearance of merit promotion files. The inquiry was assigned to Valerie Toyer.

Please let me know if you require additional information. Thanks.

*Christine L. Griffin*
*Office Staff Assistant*
*OIG-Office of Investigations*
*703-562-6387*
*703-562-6444 (Fax)*

---

**From:** Cosgrove, Michael
**Sent:** Wednesday, January 09, 2008 8:21 AM
**To:** Gibson, Sara B.; Alessandrino, Matthew T.
**Cc:** Griffin, Christine L.; Gibson, Fred W.
**Subject:** FW: 2004 OIG REFERRAL

HI Folks:

    Can you help an FDIC CAS Attorney out with his question? He needs the answer to respond to a discovery request and a request for sanctions against the FDIC so it is somewhat urgent.

    This would have been a management referral rather than a hotline complaint.

    The files in question are promotion files and/or documents, such as interview notes, from FDIC promotion files.

Mike

1

**From:** Jones, William S.
**Sent:** Tuesday, January 08, 2008 5:15 PM
**To:** Cosgrove, Michael
**Cc:** Davison-Lewis, Patricia
**Subject:** 2004 OIG REFERRAL

Mike - Per our discussion this afternoon, I am seeking confirmation that a referral was made to the OIG by Lorinda Potucek sometime in August - September 2004 regarding files/documents that had gone missing from the FDIC Human Resources Services Center. Ms. Potucek does not recall to whom in the OIG the referral was made.

# EXHIBIT 25

**(Purnell Affidavit)**

## AFFIDAVIT

**STATE OF**       Washington,

**COUNTY OF**    District of Columbia

I, Shirley Purnell, Assistant Director, Human Resources Service Center, Human Resources Branch, Division of Administration, Federal Deposit Insurance Corporation, Washington, DC, do hereby offer freely and voluntarily the following responses to interrogatories submitted to me as part of an inquiry into allegations of discrimination which were raised by Dorothy Chappell-Johnson against the Federal Deposit Insurance Corporation in complaint FDICEO-050017. I am aware that this statement may be used in evidence. I understand that this statement is not confidential and may be shown to the interested parties (those who have a legal right to know). I hereby solemnly swear or affirm:

1. My position is Assistant Director, Human Resources Service Center, CM-0201-II.

2. My date of birth is December 25, 1950.

3. Have you engaged in any prior EEO activity?

I have engaged in prior EEO activity, such as testifying in EEOC discrimination complaint hearings, submitted affidavits in discrimination complaints, and participated in alternative dispute resolution meetings, and other meetings related to settlements of discrimination complaints.

4. What was your role in the selection process for the Human Resources Specialist (Compensation), CG-0201-07/09/11, position advertised under Vacancy Announcement No. 2004-HQ-2637?

As the second level manager for the position of Human Resources Specialist (Compensation), CG-0201-7/9/11, I concurred in Ms. Lorinda Potucek's selection.

5. What was the role of Lorinda Potucek in the above selection?

Ms. Potucek, as the selecting official, was responsible for ensuring that job-related criteria was used in developing the questions for rating and ranking candidates in FDIC Careers, developing structured interview questions for interview of candidates, selecting the interview panel, reviewing the results of the structured interviews and making the selection for the position.

6. Ms. Potucek said that she was the recommending official for this position and that even though she "essentially made the selection," you were the selecting official for this position. Explain whether her statement is accurate.

Page 1 of 3                                                            Initials

Ms. Potucek signed the Merit Promotion Roster as the selecting official on October 27, 2004. My initials dated October 28, 2004, are on the Merit Promotion Roster to indicate that I concurred in the selection. Lois Cheney signed off as the division approving official on October 29, 2004, as Ms. Cheney was acting for Miguel Torrado, Associate Director, Human Resources Branch.

7. What reliance did you place on Ms. Potucek in making the selection?

Ms. Potucek advised me of the panel interview process she had used to identify the top candidates and I relied on her judgment in identifying the best qualified candidate.

8. Why was an interview/evaluation panel convened for the filling of this vacancy?

It has frequently been the practice to use interview/evaluation panel for jobs in the Human Resources Branch. I was not involved in the decision to use an interview panel for this position.

9. What reliance did you place on the recommendation of the interview/evaluation panel in making the selection?

Ms. Potucek made the selection and I relied upon her judgment.

10. Who did you select for this position? Why?

Roger Little was selected for this position because of his extensive experience and knowledge of Federal personnel action processing; ability to create spreadsheets and maintain data bases used for calculating back pay and a variety of payroll deductions; and his experience in using a variety of personnel/payroll information systems, such as the National Finance Center, the Corporate Human Resources Information System, etc.

10. Why did you decide not to select Complainant for this position?

I did no comparison of one candidate to another, and relied upon Ms. Potucek's judgment.

11. Compare the selectee's qualifications to those of Complainant.

I was not a member of the interview panel and I did not review the applications of any of the candidates and therefore have no basis to make such a comparison.

12. Was Complainant's age a factor in her not being selected for this position?

I believe the selection decision was based on qualifications and age was not a factor in the selection decision.

Page 2 of 3                                                    Initials [signature]

13. Was Complainant's prior EEO activity a factor in her not being selected for this position?

While I am aware of the Complainant's prior EEO activity, I do not believe it was a factor in the selection decision.

I have read the above statement consisting of _3_ pages, and it is true and complete to the best of my knowledge and belief. I understand that the information I have given is not to be considered confidential and that it may be show to the interested parties.

X _____
Signature

Date 8-29-05

_____
Witness

Date 8/29/06

District of Columbia : SS
Subscribed and Sworn to before me, in my presence,
this ___ day of August, 2005
_____
Teresa L. Belew, Notary Public, D.C.
My commission expires November 30, 2008

Page _3_ of _3_                                                                                   Initials ____