# EXHIBIT 27

**(Purnell Deposition Errata)**

# ERRATA

In Re: <u>Dorothy Chappell-Johnson</u>   v.   <u>Martin J. Gruenberg</u>

Case No. <u>06-1074 (RCL)</u>   Date Taken: <u>November 16, 2007</u>

Deposition Of: <u>Shirley Y. Purnell</u>

I hereby certify I have read my deposition and that it is accurate with correction listed below:

| PAGE | LINE | AS TRANSCRIBED | CHANGE TO |
|---|---|---|---|
| 6 | 13 | Miguel Torado. | Miguel Torrado. |
| 16 | 10 | Miguel Torado, but the selection document would show | Miguel Torrado, but the selection document would show |
| 16 | 14 | Torado. | Torrado. |
| 18 | 1 | And it's non-selection until Miguel Torado | And it's non-selection until Miguel Torrado |
| 21 | 22 | had to get specific approval from Miguel Torado to fill | had to get specific approval from Miguel Torrado to fill |
| 22 | 1 | vacancies and they were I would say some competing | vacancies and there were I would say some competing |
| 22 | 20 | branch came from Miguel Torado. | branch came from Miguel Torrado. |
| 23 | 12 | with Miguel Torado about why there was the need to do | with Miguel Torrado about why there was the need to do |
| 24 | 4 | as a number of correction actions that were being | was the number of correction actions that were being |
| 24 | 6 | individual, that maybe the original promotions actions | individual. There might be the original promotion action |
| 24 | 7 | and two actions correct in that promotion action, so it | and two actions correcting that promotion action, so it |
| 26 | 10 | Mm-hmm. I'm trying to think if there were | Mm-yes. I'm trying to think if there were |

| PAGE | LINE | AS TRANSCRIBED | CHANGE TO |
|---|---|---|---|
| 26 | 12 | be SINQ reports, Suspense -- | be SINQ reports, Suspense Inquiry |
| 26 | 14 | Mm-hmm. | Yes. |
| 28 | 17 | is we had to go back in and request -- because when the | is we had to go back to Mr. Torrado and request to fill because when the |
| 28 | 21 | so -- | so a new position was designed/created. |
| 29 | 20 | Human Resources Specialist Benefits; Human | Human Resources Specialist (Benefits); Human |
| 29 | 21 | Resources Specialist Information Systems. | Resources Specialist (Information Systems). |
| 31 | 4 | the grade seven today and next pay period promote the | the grade seven today and next pay period promote them |
| 32 | 6 | Mm-hmm. | Yes. |
| 36 | 7 | Lorinda Potucek and Rita Baugh Boxely. | Lorinda Potucek and Rita Bial-Boxley. |
| 43 | 17 | think it would have because the job was different. | think it would have been listed, because the job was different. |
| 45 | 2 | PD's | of PD's |
| 46 | 10 | I read m y affidavit and my affidavit told me | I read my affidavit and my affidavit told me |
| 48 | 13 | see whether or not the selection justification was | see whether or not the selection recommendation was |
| 53 | 13 | that this selection justification is job related. | that this selection recommendation is job related. |
| 54 | 7 | application on the individual selected and I would | application of the individual selected and I would |
| 57 | 9 | Mm-hmm. | Yes. |
| 58 | 18 | Mm-hmm. | Mm-hmm, yes. |

2

| PAGE | LINE | AS TRANSCRIBED | CHANGE TO |
|---|---|---|---|
| 60 | 19 | It is not FDIC unique in that People Soft is | It is not FDIC unique in that People Soft Applications is |
| 60 | 20 | in other fellow agencies, but FDIC has adapted it very, | in other Federal agencies, but FDIC has adapted it very, |
| 60 | 21 | very differently from other fellow agencies. | very differently from other Federal agencies. |
| 63 | 7 | Donna Serrano. | Donna Sarrano. |
| 63 | 8 | And where did Donna Serrano go? | And where did Donna Sarrano go? |
| 66 | 9 | (A) I'd like to call your attention to page two, | **(Q) I'd like to call your attention to page two,** |
| 67 | 6 | Little as the top candidate for the -- | Little as the top candidate for the position. |
| 68 | 15 | Greg Tally about this position. | Greg Talley about this position. |
| 69 | 5 | Mm-hmm. | Mm-yes. |
| 70 | 12 | Mm-hmm. | Yes. |

Deponent Signature: *[signature]* Date: 12-26-07

3

# **EXHIBIT 28**

**(Structured Interview Questions)**

Boosinger, Susan E.

| | |
|---|---|
| From: | Taylor, Suzanne D. |
| Sent: | Monday, October 18, 2004 4:02 PM |
| To: | Boosinger, Susan E. |
| Subject: | Interview Questions |

EXHIBIT # 9
11.29.07

Hello Ms. Boosinger,
Here is a copy of the interview questions. I dropped a hard copy off at your desk along with the PD. Please feel free to contact me if you have any questions.

Thank you,
Suzanne

## Interview Questions

1. Could you describe a particularly difficult or controversial payroll/personnel issue you were involved in, describing the outcome and the process you used to arrive at a decision or solution.   *Decision making*

Benchmark: The examples should show that the individual has an in depth knowledge of payroll/personnel principles and concepts. These examples should point out the applicants' ability to be flexible and responsive to clients' needs. Candidate shows experience in making final decisions.

2. Because of our high volume of work and frequent request for prompt service, it is often difficult to deliver both quality and timeliness in our responses to our customers. What is your approach to resolving these demands?   *prioritizing*

Benchmark: Did the candidate prioritize the requests in the order of importance? Did the candidate have a set system of handling the delivery of services or did it vary? Did the candidate indicate that he/she was comfortable/felt capable of dealing with the challenging situation? Did the candidate share his/her feelings? Did the candidate succeed in being fair and consistent in the situation described?

3. In this job you will be interacting with a variety of individuals both within and outside the FDIC.
A.) Describe your general view of providing customer service. Occasionally, you will interact with individuals who are dissatisfied with the service they received.
B.) Tell me about the most difficult customer/client you encountered in your current or past jobs. How did you resolve the problem?   *customer service*

Benchmark:
A.) Does the candidate provide the skills that would enable him/her to be effective with clients (e.g. making clients feel at ease, being accessible to clients, attending clients' needs)? How do the candidate's skills match the customer service requirements of the FDIC job opening? Does the candidate feel that customer service gratifying? In terms of customer service does the candidate go above and beyond what is required? Does the candidate indicate quality and timeliness as critical issues?

B.) Did the candidate resolve the situation by himself/herself, or did the candidate need to seek assistance from his/her supervisor? Did the candidate feel he/she did a good job in calming the client, and/or did the candidate frustrated with the situation? How did the candidate's experience compare with that which might be encountered at the FDIC?

1

4. When you begin a new position, what are the first things you do to orient yourself? What would you do in this position?

*ORGANIZATIONAL Skills*

Benchmark: Did the candidate meet everyone in the office and find out what they do? Did the candidate organize his/her desk in a way that benefits his/her work habits? Did the candidate have an in-depth conversation with the person who held his/her position, before the reported in, so they could hear some first-hand experience? Did the candidate dive right into the position and attempt learn everything all at once or did the candidate slowly adjust to the new position? What seems most important to the candidate – processes or outcomes?

# EXHIBIT 29

**(Talley Affidavit)**

## AFFIDAVIT{PRIVATE }

**WASHINGTON, DC**

I, Gregory D. Talley (DOB: 12/31/55, male, no EEO complaint activity), former Assistant Director of Human Resources Information Management and Payroll, CM-1, make the following statement freely and voluntarily to Charlester Williams, who has identified himself to me as a Contract EEO Investigator for the following federal agency: FDIC, investigating a complaint of discrimination, knowing that this statement may be used in evidence. I understand that this statement is not confidential and may be shown to the interested parties (those with a legal right to know). I solemnly swear or affirm the following:

Q. What was your involvement in the selection at issue?

A. I had absolutely no involvement.

Q. Did you have occasion to speak to Ms. Potucek about the vacancy she had in her organization for the position of Human Resources Specialist (Information Systems and Compensation).

A. I did. I told her that since the job would interact with the computer people on my staff and the computer people at the National Finance Center (which is our payroll office) that it would be good if she had someone who had both Information Technology and Human Resources knowledge. It is hard to find a person who has a combination of this knowledge, that is who knows both HR and IT. Based on our conversation it would have made sense for her to seek a candidate who had knowledge and experience in performing IT type calculations and creating spreadsheets that would be used by an HR Specialist who would process the action. I let her know that the most desirable candidate would have both the ability to perform the IT functions and perform the HR function.

Q. Had you ever worked with the Selectee prior to his selection?

A. No. But I have worked with him since his selection. In my past position, I had to work with him on calculating and processing HR actions. The Selectee had the unique blend of IT experience and HR processing to successfully work the position he was hired for.

Q. Did you know the Complainant prior to this selection?

A. Yes I did. She worked in the Human Resources Branch, but not in my section. But I know her more intimately now because I have served as her supervisor for the last year. In my opinion the Complainant does not possess information technology skills that would have enabled her to handle the IT function of the announced position. She has limited HR experience. To my knowledge she knows child support, compensation, and military deposit, but these are only a small subset of the total HR responsibilities and do not play a major part of the position announced. That job entails performing complicated

Page 1 of 3                                         Initials _____

calculations on service computation dates, retirement eligibilities and error correction. In my opinion the Complainant does not possess the necessary IT background and knowledge to do these IT functions.

Q.    Have you had the opportunity to assess the Complainant and the Selectee's communication skills?

A.    After the Selectee was selected he had to interface with my section on both technical and nontechnical topics. He was excellent in his oral and written presentations. I currently supervise the Complainant and she does not possess excellent oral or written communication skills. Her oral skills are average and her written skills are below average.

Q.    At the time I advised Ms. Potucek on this matter were you aware of the Complainant's prior EEO activity.

A.    I had absolutely no knowledge about these matters as I was never named in her previous actions.

Page____2____of____3____                                         Initials_____

I have read this statement, consisting of __3__ pages, and it is true, complete, and correct to the best of my knowledge and belief.

X _____
**Signature of Affiant**

_____8/4/05_____
**Date**

Signed and sworn to before me

on this __4__ day of __8__, 2005,

at __DC__.

_____
**Neutral witness, notary, or Investigator**

Page __3__ of __3__                                Initials _____

**FDIC**

**Federal Deposit Insurance Corporation**
3501 N. Fairfax Drive (Room 801-1231), Arlington, VA 22226-3500

Office of Diversity and Economic Opportunity

---

## NOTICE OF RIGHTS OF WITNESSES
## IN
## EEO INVESTIGATIONS

Pursuant to the provisions at 29 C.F.R. §1614.108, federal agencies are required to investigate all aspects of discrimination complaints. The investigation shall include a thorough review of the circumstances under which the alleged discrimination occurred, and the treatment of members of the complainant's protected group(s) as compared with the treatment of other employees in the organizational segment in which the complaint arose.

All employees having any knowledge of the matter complained of are required to cooperate with the investigator who is conducting the investigation. The investigator is authorized to administer oaths and require that statements of witnesses be reduced to an affidavit. The witness must swear to or affirm to the truth of the statements before the investigator or a third party, without a pledge of confidentiality. The investigator is also authorized to obtain copies of relevant employment records, policy statements, and regulations.

As a witness, you have the following rights:

1. To be provided a Notice of Authorization that identifies the investigator and explains the investigator's authority and responsibility in the conducting the investigation.

2. To have a representative present at any meeting/discussion with the investigator. The representative can advise you on how to respond to the investigator, but cannot respond for you.

3. To receive sufficient information concerning the claim(s) and basis(es) of the complaint and circumstances under which the complaint arose in order for you to accurately respond to the questions posed by the investigator.

4. To be provided access to documents you previously prepared or had access to, if they are necessary for you to review in order to respond to questions posed by the investigator.

5. To review your affidavit and make corrections or other changes <u>prior to</u> signing the affidavit.

I HAVE READ AND UNDERSTAND MY RIGHTS AS A WITNESS IN EEO INVESTIGATIONS.

WITNESS: _____   DATE: 8/5/05

# **EXHIBIT 30**

**(Vacancy Announcement No. 2004-HQ-2637)**



FEDERAL DEPOSIT
INSURANCE CORPORATION
INSURING AMERICA'S FUTURE

QUICK LINKS FOR Bankers
SEARCH THE SITE

| DEPOSIT INSURANCE | CONSUMER PROTECTION | INDUSTRY ANALYSIS | REGULATION & EXAMINATIONS | ASSET SALES | NEWS & EVENTS |

| | |
|---|---|
| **VACANCY ANNOUNCEMENT:** | 2004-HQ-2637 |
| **OPENING DATE:** | 8/24/2004 |
| **CLOSING DATE:** | 9/8/2004 |
| **POSITION:** | HUMAN RESOURCES SPECIALIST (INFO SYS & COMPENSATION) |
| **PAY PLAN-SERIES GRADE:** | CG-0201-07/09/11 |
| **FULL PERFORMANCE LEVEL:** | CG-11 |
| **GRADE AND SALARY RANGE:** | 07 $38,702 - $54,775<br>09 $46,573 - $70,606<br>11 $60,041 - $91,023<br><br>The salary range reflects total compensation including basic pay and applicable locality adjustment. |
| **LOCATION:** | Division of Administration Human Resources Branch HR Service Center Operations Section<br>Washington DC Metro Area, DC |
| **POSITION OPEN TO:** | FDIC Permanent Employees in the Competitive Service |
| **NUMBER OF VACANCIES:** | 1 |
| **AREA OF CONSIDERATION:** | Local Commuting Area |
| **TYPE OF APPOINTMENT:** | PERMANENT COMPETITIVE SERVICE |

This is an entry-level position, designed to develop the employee selected to perform at the full performance level.

**CONDITIONS OF APPOINTMENT:**

The FDIC is barred from accepting or considering political recommendations regarding appointment or any other personnel action by 5 USC 3303; any violation of the bar on recommendations is a prohibited personnel action. The FDIC is obligated to take appropriate adverse action against employees who solicit, or Corporation officials who consider prohibited political recommendations.

Candidates who are tentatively identified for appointment must meet suitability requirements for Federal employment prior to appointment. FDIC may request applicant to provide additional information prior to making a formal offer of employment, as required by 12 CFR Part 336.



EXHIBIT 1
4-20-07 N.M.

This agency provides reasonable accommodation to applicants with disabilties where appropriate. If you need a reasonable accommodation for any part of the application and hiring process, please notify Greg Cofer, Deputy Director of FDIC's Office of Diversity and Economic Opportunity on (202) 416-4482. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.

Position Sensitivity: Low Risk--National Agency Check Investigation (NACI) Required. See FDIC Circular 2120.1, a 165 Kb Microsoft Word (registered trademark) file. (See MS Word help.).

### SUMMARY OF DUTIES:

At the entry level, works closely under the close supervision and guidance of senior HR staff. Assists others regarding system processing problems with the National Finance Center (NFC), Entry Processing Inquiry & Correction System (EPIC), the Corporate Human Resource Information System (CHRIS), or other data systems. Assists in testing and implementation of system modifications and changes. Review to check the accuracy of information entered into the automated personnel system. Responds to inquiries for personnel information received via telephone, email or in person. Assists in the development of standard operating procedures for use within the team for operating automated HR systems and devises new methods to accomplish work. Reconciles payroll/personnel suspense reports and provides advice, guidance and assistance to administrative personnel in the resolution of complex payroll/personnel processing problems and oversees manual salary related payments. At the full performance level, serves as a "troubleshooter" and "super-user" of human resources (HR) automated systems, with responsibility for performing a variety of professional and technical duties in connection with the full range of transactions relating to compensation. Investigates and responds to a variety of questions and problems raised by employees and administrative personnel involving compensation and payroll matters.

### QUALIFICATIONS REQUIRED: (This is a summary only: see US OPM Qualification Standards Handbook) - US CITIZENSHIP IS REQUIRED.

For the (CG-7), candidates must have one year of specialized experience equivalent to the (CG-5) level in the federal service. For the (CG-9), candidates must have one year of specialized experience equivalent to the (CG-7) level in the federal service. For the (CG-11), candidates must have one year of specialized experience to the (CG-9) level in the federal service. SPECIALIZED EXPERIENCE is experience directly related to the position to be filled and which has equipped the candidate with the knowledge, skills and abilities related to testing and implementation of system modifications and changes to existing automated personnel processing systems and making pay calculations in resolving technical discrepancies that arise in connection with personnel and payroll processing.

### QUALITY RANKING FACTORS (DESIRABLE KNOWLEDGE, SKILLS AND ABILITIES):

1. Knowledge of the rules and regulations related to human resources processes and procedures, in order to provide technical assistance and factual information to HR Operations customers.

2. Ability to use personnel automated systems to process complex personnel actions, (i.e., retroactive personnel actions, garnishments, child support, alimony payment cases).

3. Ability to communicate orally to explain and provide assistance to employees and administrative staff on personnel procedures and processes.

4. Ability to communicate in writing to prepare reports and correspondence to employees.

### EVALUATION METHODS:

Applicants will be evaluated on the basis of information provided in their application package as to their paid or volunteer experience, training, self-development and awards; knowledge, skills and abilities; and, performance appraisals. Failure to provide specific information regarding the selective and/or quality ranking factors described in this vacancy announcement could result in your application not being referred to the selecting official for consideration.

### FDIC AND INTERAGENCY CAREER TRANSITION ASSISTANCE PLAN (CTAP AND ICTAP):

Individuals who have special priority selection rights under the FDIC Career Transition Assistance Plan (CTAP) or the Interagency Career Transition Assistance Plan (ICTAP) must be well-qualified for the position to receive consideration for special selection priority. CTAP and ICTAP eligibles will be considered well-qualified if they possess the knowledge, skills, and abilities which clearly exceed the minimum requirements of the position. A well-qualified CTAP or ICTAP eligible must be able to satisfactory perform the duties of the position upon entry without additional training.

Federal employees seeking CTAP/ICTAP eligibility must submit proof that they meet the requirements of 5 CFR 330.605 for CTAP and 5 CFR 330.704 for ICTAP. This includes a copy of the agency notice, a copy of their most recent Performance Rating and a copy of their most recent SF-50 noting current position, grade level, and duty location. Please annotate your application to reflect that you are applying as a CTAP or ICTAP eligible. Check the fact sheet links available on our Careers at FDIC web site for further information about the programs.

**HOW TO APPLY:**

All application material for each position must be included with your original submission. FDIC is not responsible for adding supplemental information to your original submissions.

We recommend that you include with your application, descriptions or examples of experience which demonstrate your possession of the knowledge, skills and abilities identified in the qualification requirements and ranking factor sections of this vacancy announcement.

E-MAIL ADDRESS FOR ELECTRONIC APPLICATIONS: CareersWashington@FDIC.gov

FAX NUMBERS FOR PAPER APPLICATIONS/SUPPORTING DOCUMENTS: (202)942-3521

Applications submitted in Government franked envelopes will not receive consideration.

1. In order to apply, you need to submit **one** of the following documents:

*OF 612, Optional Application for Federal Employment, (You can get this form at the OPM site in both Word and PDF Format: CLICK HERE.);

*SF-171, Application for Federal Employment;

*Your resume.

2. Whichever document you submit must include all of the following information:

*The position title and announcement number on the first page of your application;

*Your name, address, Social Security Number, telephone numbers where you can be reached during the day, and citizenship.

*All FDIC applicants are requested to submit a current appraisal with their application package.

*Applicants entitled to receive consideration as status candidates who are not currently permanent, competitive service FDIC employees should submit a copy of their most recent SF-50, Notification of Personnel Action, which documents eligibility for competitive service reinstatement or transfer.

Applicants claiming 5-point veterans preference or substantially 3 or more years of military service under the Veterans Employment Opportunities Act of 1998 must submit a copy of their DD-214 or other proof of eligibility. Applicants claiming 10-point preference must submit a Standard Form 15, 'Application for 10-Point Veterans Preference' and supporting documentation in order to receive appropriate preference. Qualified candidates may be considered under both merit promotion and competitive examining when they submit two applications with one clearly marked for merit promotion and one marked for competitive examining.

For further information contact the FDIC Call Center at 1-877-275-3342. Specific questions about this announcement or application procedures should be addressed to the Human Resources Specialist, Rita Bial-Boxley at (202) 942-3411. When making an inquiry concerning a position, please reference the position announcement number.

Application must be received by [09/08/04].

Applicants can help the FDIC measure the effectiveness of outreach and communication efforts by completing the attached "Applicant Background Questionnaire." Completion of this form is strictly voluntary and will have no effect on hiring decisions. If you do not currently work for the FDIC and are interested in completing the questionnaire, please CLICK HERE, complete the form and mail it in a separate envelope along with your application. If you don't have access to the web and would like a copy of the form, please contact the Human Resources Service Center at the number/address listed in this announcement. Thank you.

To open the "Applicant Background Questionnaire" form you must have Acrobat Reader. To install Acrobat Reader proceed to: http://www.adobe.com/products/acrobat/readstep.html

FDIC is recognized as one of the Best Workplaces for Commuters by the Greater Washington Region's Best Workplace for Commuters Coalition.

| | |
|---|---|
| **MAILING ADDRESS FOR APPLICATIONS:** | Human Resources Service Center 3501 Fairfax Drive HRB (PA-1730-5007) Arlington, VA 22226 |
| **WALK-IN ADDRESS:** | FDIC Human Resources Branch 1730 Pennsylvania Avenue, NW 5th Floor Washington DC 20429-9990 |

### YOUR APPLICATION MUST BE RECEIVED BY 9/8/2004

**FDIC is an equal opportunity employer.**

**Applications will be considered without regard to race, color, religion, gender, national origin, age, marital status, disability, political affiliation, sexual orientation, or any other non-merit factor.**

RB522/001927

**Return to Careers at FDIC**

Careers at FDIC

Home   Contact Us   Search   Help   SiteMap   Forms
Freedom of Information Act   Website Policies   FirstGov.gov