UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOROTHY CHAPPELL-JOHNSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SHEILA C. BAIR, Chairman, )<br>Federal Deposit Insurance Corporation, )<br>)<br>Defendant. )<br>_____) | Civil Action No.: 06-1074 (RCL) |

## JOINT MOTION TO SUSPEND MOTIONS SCHEDULE

The parties, by their undersigned counsel, respectfully request to suspend the dispositive motions schedule for a period of 60 days and an extension of the remaining deadlines in the motions schedule for the same 60-day period. The parties make this joint request to suspend the motions schedule in order to explore settlement through direct negotiation between counsel. This case involves claims of employment discrimination, which is one of three current claims by Plaintiff, and the parties are considering the possibility of resolving all her claims in one settlement. Counsel for the parties anticipate that they may request a referral to the Court's mediation program involving a Court-appointed outside mediator at a later point, but the parties do not make that request at this time.

Accordingly, the parties request entry of a 60-day suspension of the dispositive motions schedule, and that this Court enter the following new deadlines in the motions schedule:

- Opposition to defendant's motion for summary judgment by May 16, 2008; and
- Replies thereto by June 6, 2008.

March 11, 2008                                         Respectfully submitted,


_____/s/_____              _____/s/_____
David H. Shapiro, D.C. Bar # 961326              William S. Jones, GA Bar # 404288
James E. Simpson, D.C. Bar # 482870              Patricia Davison-Lewis, D.C. Bar # 414378
SWICK & SHAPIRO, P.C.                            3501 North Fairfax Drive
1225 Eye Street, N.W., Suite 1290                Arlington, VA  22226
Washington, D.C.  20005                          (703) 562-2362
(202) 842-0300                                   FAX (703) 562-2475
FAX (202) 842-1418

Attorneys for Plaintiff                          Attorneys for Defendant