UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DOROTHY CHAPPELL-JOHNSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 06-1074 (RCL) |
| | ) | |
| MARTIN J. GRUENBERG, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION TO ENLARGE TIME TO FILE OPPOSITION
TO MOTION FOR SUMMARY JUDGMENT**

The plaintiff, by and through counsel, hereby respectfully moves this Court for an enlargement of forty-five days to file her opposition to defendant's motion for summary judgment, up to and including Monday, June 30, 2008. Plaintiff's opposition is currently due May 16, 2008.

The reasons for this motion for enlargement is that on March 31, 2008, this Court granted a joint motion by the parties to suspend further events in this matter for the parties to engage in settlement discussions. The parties have exchanged settlement offers, with the latest counteroffer from plaintiff's counsel to defendant's counsel on May 14, 2008. As of this date, plaintiff's counsel has not heard from defendant's counsel regarding the latest counteroffer. Therefore, the parties are still engaged in settlement discussions.

Moreover, while settlement discussions have been ongoing, plaintiff's counsel has been engaged in depositions in the matter of *Chowdhury v. Gruenberg*, C.A. No. 05-2368 (RMU) (D.D.C.) (ten depositions during the period April 15-May 5, 2008), a two-day hearing in Las Vegas, NM, in the matter of *Donaldson v. DHS*, EEOC No. 480-2007-00210X, Agency No. HS-

05-TSA-002118 (May 12-13, 2008), as well as preparing an appellate brief in the matter of *Taylor v. Chao*, Appeal No. 07-5401 (D. C. Cir.), and opposing a motion for summary judgment in the matter of *Holmes-Martin v. Leavitt*, C.A. No. 07-2128 (RMU).

Plaintiff respectfully requests that this Court grant this motion for an enlargement of forty-five days to file plaintiff's opposition to defendant's motion for summary judgment, up to and including Monday, June 30, 2008. Plaintiff's counsel has left several voice mail messages for defendant's counsel seeking either defendant's consent or agreement to file a joint motion. Plaintiff's counsel has not heard back from defendant's counsel as yet.

Respectfully Submitted,

/s/ James E. Simpson
David H. Shapiro, D.C. Bar # 961326
James E. Simpson, D.C. Bar # 482870
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W., Suite 1290
Washington, D.C. 20005
(202) 842-0300
FAX (202) 842-1418

Attorneys for Plaintiff