# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOROTHY CHAPPELL-JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-01074-RCL |
| ) | |
| SHEILA C. BAIR, Chairman, ) | |
| Federal Deposit Insurance Corporation, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO ENLARGE TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

On Friday, May 16, 2008, Plaintiff filed a motion to enlarge the time to file an opposition to Defendant's pending motion for summary judgment (previously filed on February 1, 2008 and docketed as ECF Document 17).  Pursuant to the Court's prior minute order entered on March 31, 2008, Plaintiff's opposition was due on May 16.  With respect to the requested enlargement of time, Plaintiff's counsel first attempted to contact undersigned counsel for Defendant at mid-day on May 16 and left a voice-mail message at that time and later in the afternoon, but undersigned counsel was out of the office that day.

If Plaintiff's counsel's request for an extension of the deadline had been made in a more timely manner before the day the opposition was due, undersigned counsel would have been available and would have consented to the requested extension, as long as the proposed amended schedule provided for the same amount of time to file a reply as set forth in the Court's Initial Scheduling Order filed on October 24, 2006 (ECF Document 6), i.e., that the "[d]eadline for

2

filing reply to opposition to dispositive motions shall be 21 days after the filing of the opposition to dispositive motions." Initial Scheduling Order, ¶ 11.

     Accordingly, undersigned counsel for Defendant consents to Plaintiff's request that the opposition to Defendant's pending motion for summary judgment will be due by Monday, June 30, 2008, and further requests that Defendant's reply will be due 21 days after the filing of Plaintiff's opposition.

     A proposed order is attached.

Respectfully submitted,

/s/ William S. Jones
_____
William S. Jones
Georgia Bar # 404288
Counsel, Legal Division
Federal Deposit Insurance Corporation
3501 N. Fairfax Drive (VS-E6006)
Arlington, VA 22226
(703) 562-2362
(703) 562-2482 (Fax)

Attorney for Defendant

Dated: May 20, 2008