UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DOROTHY CHAPPELL-JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-01074-RCL |
| ) | |
| SHEILA C. BAIR, Chairman, ) | |
| Federal Deposit Insurance Corporation, ) | |
| ) | |
| Defendant. ) | |

## ORDER

UPON CONSIDERATION of the Plaintiff's Motion to Enlarge Time to File Opposition to Motion for Summary Judgment, and Defendant's response thereto, it is this ____ day of _____, 2008,

ORDERED that the motion is granted, and it is further

ORDERED that the scheduling order in this case is amended as follows: (a) Plaintiff's opposition to Defendant's pending motion for summary judgment will be due by June 30, 2008; and (b) Defendant's reply will be due 21 days after the filing of Plaintiff's opposition.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE