UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DOROTHY CHAPPELL-JOHNSON, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:06-cv-01074-RCL |
| SHEILA C. BAIR, Chairman, ) Federal Deposit Insurance Corporation, ) | |
| Defendant. ) | |

## ORDER

UPON CONSIDERATION of the Plaintiff's Motion to Enlarge Time to File Opposition to Motion for Summary Judgment, and Defendant's response thereto, it is this 28th day of May, 2008,

ORDERED that the motion is granted, and it is further

ORDERED that the scheduling order in this case is amended as follows: (a) Plaintiff's opposition to Defendant's pending motion for summary judgment will be due by June 30, 2008; and (b) Defendant's reply will be due 21 days after the filing of Plaintiff's opposition.

SO ORDERED.

_____/s/_____
Chief Judge Royce C. Lamberth