UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOROTHY CHAPPELL-JOHNSON ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MARTIN J. GRUENBERG, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 06-1074 (RCL) |

**PLAINTIFF'S CONSENT MOTION FOR EXTENSION TO FILE OPPOSITION TO SUMMARY JUDGMENT AND TO ADJUST BRIEFING SCHEDULE**

The plaintiff, by and through counsel, hereby respectfully submits this consent motion to extend the time for two days, up to and including Wednesday, July 2, 2008, in which to file her opposition to defendant's motion for summary judgment, and otherwise to adjust the briefing schedule, to include the filing of a reply, in this matter. Plaintiff's opposition is currently due on June 30, 2008.

The reasons for this motion to enlarge the time for discovery include that, while plaintiff's counsel has completed substantial drafting of the opposition, further revision and research is necessary to complete the opposition. In addition, over the weekend, plaintiff's counsel's 18-year old son was involved in an automobile accident on the New Jersey Turnpike. While there were no serious injuries, plaintiff's counsel spent a significant amount of time on the telephone advising and consoling his son, who was some one hundred miles away, and other members of his family.

Plaintiff's counsel contacted defendant's counsel on June 30, 2008, seeking defendant's consent to this motion. Defendant's counsel stated that defendant consents to the motion.

Plaintiff respectfully requests that this Court grant this consent motion for an additional two business days, up to and including Wednesday, July 2, 2008, for her to file opposition to defendant's motion for summary judgment and to extend until July 23, 2008, the date for defendant to file a reply in this matter.

                Respectfully Submitted,

                _____/S/_____
                David H. Shapiro, D.C. Bar # 961326
                James E. Simpson, D.C. Bar # 482870
                SWICK & SHAPIRO, P.C.
                1225 Eye Street, N.W., Suite 1290
                Washington, D.C. 20005
                (202) 842-0300
                FAX (202) 842-1418

                Attorneys for Plaintiff