UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOROTHY CHAPPELL-JOHNSON )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MARTIN J. GRUENBERG, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 06-1074 (RCL) |

**PLAINTIFF'S MOTION FOR A ONE-DAY EXTENSION TO FILE OPPOSITION TO SUMMARY JUDGMENT AND TO ADJUST BRIEFING SCHEDULE**

The plaintiff, by and through counsel, hereby respectfully submits this motion to extend the time for one day, up to and including Thursday, July 3, 2008, in which to file her opposition to defendant's motion for summary judgment, and otherwise to adjust the briefing schedule, to include the filing of a reply, in this matter. Plaintiff's opposition is currently due on July 2, 2008.

The reason for this motion for an extension of time include that, while plaintiff's counsel has completed a final draft of the opposition, further revision and research is necessary to complete the opposition.

Plaintiff's counsel sent an e-mail to and left a voice mail for defendant's counsel in the afternoon of July 2, 2008, seeking defendant's consent to this motion, but defendant's counsel had departed for the day. Plaintiff's counsel was able to reach one of defendant's co-counsel, however that counsel did not have the authority to take a position on this motion.

Plaintiff respectfully requests that this Court grant this motion for an additional one business day, up to and including Thursday, July 3, 2008, for her to file opposition to defendant's

motion for summary judgment and to extend until July 24, 2008, the date for defendant to file a reply in this matter.

                Respectfully Submitted,

                _____/S/_____
                David H. Shapiro, D.C. Bar # 961326
                James E. Simpson, D.C. Bar # 482870
                SWICK & SHAPIRO, P.C.
                1225 Eye Street, N.W., Suite 1290
                Washington, D.C. 20005
                (202) 842-0300
                FAX (202) 842-1418

                Attorneys for Plaintiff