UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOROTHY CHAPPELL-JOHNSON )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MARTIN J. GRUENBERG, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-1074 (RCL) |

## O R D E R

UPON CONSIDERATION of the plaintiff's motion to extend the time to file her opposition to defendant's motion for summary judgment for a period of one day, up to and including July 3, 2008, and otherwise to adjust the schedule for defendant to file a reply in this matter, it is hereby

ORDERED that the plaintiff's motion be, and the same hereby is GRANTED; and it is

FURTHER ORDERED that the plaintiff shall have an additional day, up to and including Thursday, July 3, 2008, in which to file her opposition and that defendant will have an additional day to file a reply in this matter, up to and including July 24, 2008.

_____
UNITED STATES DISTRICT JUDGE

Send copies of Order to:

David H. Shapiro
James E. Simpson
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005

    and

William S. Jones
Federal Deposit Insurance Corporation
3501 Fairfax Drive
Arlington, VA 22226