UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOROTHY CHAPPELL-JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-01074-RCL |
| ) | |
| SHEILA C. BAIR, Chairman, ) | |
| Federal Deposit Insurance Corporation, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MEMORANDUM CONSENTING TO PLAINTIFF'S
MOTION FOR AN ADDITIONAL ONE-DAY EXTENSION**

Defendant, by and through counsel, consents to Plaintiff's motion for an additional one-day extension until July 3, 2008, to file the opposition to the FDIC's pending motion for summary judgment, and to adjust the briefing schedule so that Defendant's reply brief is due on July 24, 2008. As indicated in Plaintiff's motion, undersigned counsel had already left the office (in connection with a previously scheduled medical appointment) when Plaintiff's counsel telephoned to request Defendant's consent to the motion on the afternoon of July 2.

    Respectfully submitted,

    */s/ William S. Jones*

    William S. Jones
    Georgia Bar No. 404288
    Counsel, Legal Division
    Federal Deposit Insurance Corporation
    3501 N. Fairfax Drive (VS-E6006)
    Arlington, VA 22226
    (703) 562-2362
    (703) 562-2482 (Fax)
    Attorney for Defendant

Dated: July 3, 2008