# PLAINTIFF'S EXHIBIT (PX) 1

*901 Falls Lake Drive*
*Mitchelville, MD 20721*

Office: (703) 516-1251                                    Home:

---

Federal Status CG 201/09
Personnel Management Specialist
SSN -
Citizenship: U.S.

---

Vacancy Announcement # 2004-HQ-2637
Human Resource Specialist (Information Systems & Compensation) CG 0201-09/11

## Professional Experience

**Federal Deposit Insurance Corporation (FDIC)**          09/2003 to present
**Division of Administration**                             44/36 hours bi-weekly
**Human Resources S**
**Benefits Center**
3501 N Fairfax Drive
Arlington, VA. 22226
Supervisor: Greg, Talley  (703) 516
Benefits Assistance

- Review Official Personnel Folders (OPF) to complete Benefit Certifications applications.
- Complete US OPM forms 3108 to file with certification applications and forward to OPM.
- Compute military deposits.
- Complete Temporary continuation of Coverage (TCC) packages and complete TCC 2809 Health Insurance forms for dependents
- Process time and attendance
- Complete leave audits
- Input payroll documents
- Review OPF's to assist with the input of retirement calculations.

(1)

Federal Deposit Insurance Corporation (FDIC)       01/04/97 to 09/2003
Division of Administration                         44/36 hours bi-weekly
Personnel Services Section, Compensation unit      Salary:
55017th St. NW, Rm. PA 17030-6066
Washington, DC
Supervisor: Dave Harrington (202) 942-3396
Supervisor may be contacted
Payroll/Personnel System Specialist                09/29/96 to 01/03/97
Personnel Management Specialist                    01/03/97 to present

- Computed and process pay for 6,000 employees, including salaries, overtime work, claims, awards and other types of pay changes through an automated pay system.
- Developed and write standard operating procedures for the FDIC personnel division regarding unemployment & lump sum payments.
- Provided unit chief, assistant director, and personnel managers of service centers with management reports and information in a timely manner.
- Investigate and respond to a variety of recurring and complex issues such as compensation, pay, overtime including the Fair Labor Standard Act (FLSA) and other pay-related problems.
I have processed over 1,500 FLSA cases within the last two years.
- Resolved complex compensation payroll/personnel problems such as dual lump sum payment, FLSA problems and back-pay problems.
- Responded to inquiries from management, employees and other agencies and outside officials.
- Provided senior management expert knowledge relating to pay issues and policy changes.
- Resolved staff and project issues and problems arising daily and develop a solution for each situation.
- Reconciled payroll/personnel reports and provide assistance to personnel offices with resolutions to complex problems. Examples include unemployment reports, waiver reports resulting from salary overpayment, and debt collection.
- Responded to written requests to approve and deny waivers of debt collection. These waiver cases were caused by erroneous overpayments of wages to the employees.
- Wrote standard operating procedures for lump sum payments and unemployment compensation for separated employees.
- Wrote letters and memorandum to employees to approve or deny waiver cases.
- Prepared monthly and quarterly reports for distribution to other FDIC personnel service centers.
- Assisted with gathering and writing information for the waiver circular.
- Assisted with personnel management programs by presenting briefings to upper management about the performance appraisal program and how the program functions.
- Trained management and other personnel specialists on using the appraisal system.
- Prepared a pamphlet that contains unemployment procedures of the FDIC and its contractors.

(2)

- Responded to highly sensitive issues from upper management by letters, e-mail's and telephone.
- Coordinated and conduct briefings, in addition to training upper management staff on compensation programs.
- Developed a knowledge and ability of classification (to classify) and master records.
- Developed pay setting ability and procedures.


**Supervisor, Payroll/Personnel System Specialist**         06/17/90 to 4/92
CG301/09
**(Chief) Supervisor, Payroll/Personnel System Specialist**     04/92 to 09/28/96
CG 301/11
Supervisor: Mary Anderson (Deceased)
       Natalie Tyce (202) 942-3448
       May be contacted

- Supervised an office of eight payroll assistants and one clerk typist.
- Trained and assisted the staff in responding to a variety of personnel and payroll related issues, OPM policies and guidelines.
- Coordinated and recommended changes in the work assignments and work schedules of the staff.
- Analyzed the staff resources and coordinated pay changes with the National Finance Center (NFC).
- Served as a Liaison with the NFC and the FDIC payroll/personnel operations section, conducting and resolving broad band analyses of the National Finance Center and recommending solutions to complex problems.
- Resolved complex problems such as payroll/personnel issues, pay issues, state and federal tax matters and research state and federal tax laws, health benefit and life insurance (federal and FDIC) issues.
- Reviewed and approved salary advances, AD-343's, 354's and other forms of pay
- Modified work methods and guidelines to be used by the staff based on policy and system changes, which may affect the payroll unit.
- Served as a senior technical advisor on payroll/personnel operation matters.
- Resolved and responded to congressional inquiries with reference to compensation pay, and other payroll/personnel sensitive problems.
- Made salary payments to executive-level staff including the withholding of benefits and taxes.
- Reviewed, analyzed and processed court order assigned documents against the FDIC.
- Resolved most difficult and sensitive issues involving executive level appointees.
- Responded to inquiries from executive level, management, employees and other agencies and outside officials, such as debt collection agencies, court officials, banks and loan companies, and federal personnel sections.
- Prepared reinstatement, discrimination cases, and back pay settlement cases against former and present employees as well as a variety of garnishments, such as child

(3)

support, defaulted educational loans, bankruptcies, IRS levy's and private sector debts against the employees' wages.
- Authorized retroactive payments to employees resulting from discrimination complaints, lawsuits and higher duty work claims and other actions against the corporation resulting in compensation and pay.
- Developed a knowledge of and ability to interpret and apply Federal and FDIC regulations.
- Developed SOP's for misplaced lost or stolen bonds.
- Prepared audits of corporation pay and payroll/personnel operations to assure accuracy of senior management, executive-level and other FDIC employees.
- Developed a thorough knowledge of the operating capacity and characteristics of the NFC payroll/personnel system.
- Manually paid employee salaries not included in the automated payroll system.
- Input payroll and personnel documents in to database system.
- Prepared and input data to run the SINQ report.
- Reviewed and corrected errors from the NFC SINQ report.
- Communicated orally and in writing and worked effectively with management officials, employees and representatives of other agencies and the public.
- Interviewed and hired payroll/personnel assistants.
- Completed oral and written evaluations for the payroll/personnel assistants.
- Collected, organized, and analyzed technical data to resolve system problems.
- Reviewed SF52s for accuracy and processed payroll and personnel actions.
- Reviewed SF 50s and set necessary pay adjustment.
- Completed and adjusted leave audits and leave transfer balances.
- Reviewed and approved Payment Authorization Vouchers better know as salary PAV's.
- Researched and requested replacement for lost, stolen or missing bonds and prepared AD-343s to request all types of manual payroll/personnel payments from NFC by quick service wire.
- Reviewed and authorized salary corrections caused by NFC system errors.
- Reviewed and certified all documentation including forms sent to NFC.
- Prepared AD-353s to NFC to collect additional personnel/payroll information.
- Calculated and prepared retirement computations (cards) for separating employees and explained retirement benefits.
- Calculated health and life benefits for employees.
- Developed an ability to interpret the Federal Personnel Manual, 296-33, Code of Federal Regulations (CFR), Personnet, the Debt Collection Act, and the Fair Labor Standards Act as well as other federal regulations and policies involving compensation pay and other matters.

(4)

Vacancy # 2004-HQ-2637

## QUALITY RANKING FACTORS (DESIRABLE KNOWLEDGE SKILLS AND ABILITIES)

1. **Knowledge of the rules and regulations related to human resources process and procedures, in order to provide technical assistance and factual information to HR Operations customers.**

    As a Payroll/Personnel System Specialist (supervisor) and as a Personnel Management specialist I became knowledgeable of the Office of Personnel Management (OPM) regulations, guidelines and pertinent laws concerning compensation and pay administration. For example, I used these rules and regulations related to human resource process and procedures to comply to and provide technical assistance and factual information to HR Operations customers when completing garnishment cases on employees while explaining the regulations of garnishment procedures to HR operations customers. I also used them in computing general pay scales, locality pay, special salary rates, overtime, and interest on back pay compensation in relation to student loans, annual and sick leave and the regulations and procedures that govern military leave for employees resulting in pay

    I used my knowledge of the rules and regulations to provide technical assistance and factual information by interpreting and explaining the Federal Personnel Manual, 296-33, Code of Federal Regulations (CFR), Personnel, the Debt Collection Act, and the Fair Labor Standards Act as well as other federal regulations and policies involving compensation pay and pay administration matters.

    I used my knowledge as a Payroll Personnel System Specialist and as a Personnel Management Specialist to research OPM regulations, and rules concerning compensation and pay administration while working with Fair Labor Standard Act (FLSA) payments the waiver program and other pay administration issues. I used my knowledge to interpret and apply US OPM code of Federal regulation as well as other federal regulations, and rules pertinent technical assistance and HR customers. involving compensation and pay matters. While working with the waiver program I assisted in writing guidelines for employees who wish to file for waivers of debts. Later, a waiver circular was distributed. I researched US OPM in order to assist in writing the waiver circular. I applied these rules and regulations and processing procedures when I wrote the standard operating procedures for dual lumps sum annual leave payments and procedures for unemployment program.

2. **Ability to use personnel automated systems to process complex personnel actions, (i.e., retroactive personnel actions, garnishments, child support, alimony payment cases).**

    As a Payroll/Personnel System Specialist and as a Personnel Management Specialist, I have excellent knowledge of the of the NFC payroll/personnel system and other

(5)

automated systems used to process personnel documents. For example, I inputted payroll documents and personnel actions into the NFC system daily. I resolved numerous pay system problems such pay adjustments and federal and state tax issues. I used the NFC system to generate reports and make corrections to SINQ error and CULPRIT reports. I used the automated system to process employee's indebtness, research and process employees' system inquiries and to assist in processing numerous payroll/personnel matters. I used the automated system to process employees' benefits such as, life and health insurance, and inputting promotions, back pay payments, to make salary adjustments and process salary issues, garnishments, child support, annual and sick leave adjustment, restored leave, FLSA payments, and unemployment problem. I use the automated system to input benefits documents I used and continues to use the system on a daily basis to restore and resolve many payroll/personnel and benefit matters.

3. **Ability to communicate orally to explain and provide assistance to employees and administrative staff on personnel procedures and processes.**

As a Payroll/Personnel System Specialist and as a Personnel management Specialist I communicated orally to explain and provide administrative staff on personnel procedures and process with a variety of offices and individuals at all level. During my involvement with the Fair Labor Standard Act (FLSA) project, I talked with the FDIC employees' and attorneys when I encountered problems. I spoke with them in a professional manner when resolving pay and other problems. For example, when the employees filed claims for overtime hours and these were found to be in error, I called as well as e-mailed the attorney's to inform them of these errors. I also, maintained a working relationship of communication constantly with the National Treasury Employees' Union (NTEU) to assist in resolving issues. Employees were informed when the claimed filed could not be accepted. I communicated orally to provide assistance to employees and administrative staff on personnel procedures and process methods with a variety of offices and individuals at all levels. In addition I used my communication skills to provide assistance with federal agencies such as the Department of Labor (DOL), The Office of Personnel Management (OPM), USDA, Department of Agriculture and other federal agencies.

I communicated with executive level, supervisors and employees regularly to resolve pay issue and explain numerous personnel procedures and process such as retroactive manual and system payments, lump sum, promotions, garnishments, child support and alimony. I communicated all types of leave issues and leave procedures to employees and administrative staff. This communication resulted in excellent customers' service that provided excellent assistance to employees, administrative staff and managerial staff. I presented training sessions for senior management and all levels of employees on the PERFORM appraisal system. When I received calls from senior staff or employees with questions about the system I would explain in detail how it worked. If they continued to have questions, I would go to their offices to give them direct assistances on a continued basis until they became knowledgeable

(6)

of the system in order to work independently. I continued to maintain this relationship by setting up a personnel team of representatives from each region to work on the performance appraisal criteria. I trained the OIG senior staff on the unemployment program and I continued to communicate orally explaining personnel procedures and process service on a daily basis with all levels of employees and managerial staff.

4. **Ability to communicate in writing to prepare reports and correspondence to employees.**

I have written correspondence requesting waivers of debts for retirement problems to the Deputy to the Chairman as well as letters to the employees. I have written correspondence responding to congressional inquiries relating to personnel and pay issues. In addition, I have prepared reports such as back pay case reports explanations of congressional matters and written to employees to explain numerous pay problems such as all types of retro-active pay, FLSA claims, tax issues bond, problems I have written correspondence to employees and the Thrift Board concerning Thrift Savings Plans (TSP) problems including incorrect funds or wrong retirement codes. I have written correspondence to employees informing them about repayment of Military Deposit/Redeposit.

As a Personnel System Specialist and as a Personnel Management Specialist I have written Standard Operating Procedures for the Unemployment Program and the Dual lump sum payments. I have written an Unemployment Manual that consists of over thirty pages. I have written global e-mails and responded to congressional inquiries. I have written performance appraisals for 12 staff members, including a narrative response for each criteria and staff member. I have written letters to employees explaining retirement problems. For example, when employees were placed under the wrong retirement code, I sent written communication to employees notifying them of the problem and informing them that corrections would be made.

In my position with the FDIC, I have responded in writing to the need of a variety of employees, and individual staff managers at the executive level. I communicate regularly with FDIC Personnel Services Branch supervisors and senior managers nationwide by e-mail or memo concerning payroll/personnel and pay related issues. In addition, I deal with outside agencies such as OPM, the Department of the Treasury, The Department of Labor, The Frick Company now TALX UC eXpress and the National Finance Center. For example: I organized, gathered and presented written documentation for contracting the unemployment program. I communicated the Performance management criteria factors by setting up a personnel team representative from each region. I combined all information into one report for the FDIC performance management program. I have demonstrated the ability to communicate in writing to prepare reports and correspondence to employees.

(7)

## Education and Certificates

| | |
|---|---|
| Certificate: General Business, 1970 | Johnston Technical Institute<br>Smithfield, NC |
| North Carolina Central University, 1964-1968<br>Sociology and Psychology | Durham, NC |
| Attended Johnston Central High School<br>(Graduated 1964) | Smithfield, NC 27577 |

## Professional Training

Compensation Specialist, July, 1991
An Overview of the Thrift Savings Plan, August 1991
Communication Styles for Professionals, April 1994
Correspondence Control Manager, July 1994
Fair Labor Standard Act Training, 1995
Payroll/Personnel Operational Procedures, June 1995
Payroll/Personnel Operations Training, October 1995
Clear Writing through Critical Thinking
Fundamentals of Writing, June 1997
Proofreading, June 1999
Effective Communication with Customers, August 1999
PERFORM, 1999 (An automated performance system)
Ability to Communicate in Writing, March 2000
Performance Management
CHRIS Training
Classification and Staffing Training (Late 1980's)
Member of Toastmasters International

## Honors and Awards

Special Achievement Award, January, 1991
Special Achievement Award, December, 1991
Special Act, 1996
Star Award, 1996
Special Act, 1997
Star Award, June, 1998
Star Award, November, 1998
Star Award, 2000
Star Award, 2001
Toastmaster's Trophy, 2001
Awards received before 1990 available upon request.

(9)