# PLAINTIFF'S EXHIBIT (PX) 5

**FDIC**
**Federal Deposit Insurance Corporation**
Room 801-1231, 3501 N. Fairfax Drive, Arlington, VA 22226-3500

Office of Diversity and Economic Opportunity

# EEO COUNSELOR'S REPORT
## AGENCY DOCKET NUMBER FDICEO-040041

### A. AGGRIEVED PERSON:

| | |
|---|---|
| Name: | Dorothy L. Chappell-Johnson |
| Job Title/Series/Grade: | Human Resource Assistant, CG-202-08 |
| Office/Division: | Division of Administration, Compensation and Benefits Branch |
| Work Address: | 3501 Fairfax Drive, Room VS-2027A Arlington, Virginia 22226 |
| Work Phone No.: | 703-516-1251 |
| Home Address: | 901 Falls Lake Drive Mitchellville, Maryland 20721 |
| Home Phone No.: | 301-336-2098 |

### B. AGGRIEVED PERSON'S REPRESENTATIVE (if applicable) N/A (X)

| | |
|---|---|
| Attorney: | Yes (X) No ( ) |
| Name: | David H. Shapiro |
| Address: | 1225 Eye Street, NW, Suite 1290 Washington, DC 20005 |
| Phone: | 202-842-0300 |
| E-Mail Address: | dhshapiro@swickandshapiro.com |

### C. COMPLAINT INFORMATION

Complaint is: An Individual Complaint (X)   A Class Action ( )
Aggrieved Person Waived Anonymity: Yes (X)  No ( )
Negotiated Union Grievance Filed: Yes ( )  No (X)
For Mixed Cases - Appeal Filed (or to be Filed) with MSPB: Yes ( )  No ( )  N/A (X)
Has Aggrieved Person Filed Prior Complaint(s)? Yes (X)  No ( )
    If so, Docket Number(s):
RTC-96-30 filed 12/16/99
FDICEO-990110 filed 02/21/01
FDICEO-030026 filed 09/09/03

### D. CHRONOLOGY OF EEO COUNSELING:

| | |
|---|---|
| Date of Initial Contact: | May 18, 2004 |
| Date of Initial Interview: | May 18, 2004 |
| Date of Occurrence of Alleged Discriminatory Event: | April 6, 2004 |
| 45th Day after Event (or Knowledge of Event): | May 21, 2004 |
| If contact is beyond the 45th day, explain the reason for the delay: | Not Applicable |
| Date Notice of Rights and Responsibilities issued: | May 19, 2004 |

Date Election of Informal Processing Procedure:                 May 24, 2004
       Mediation [X]   Counseling [ ]
Date of Extension of Counseling: May 27, 2004   90th Day: August 16, 2004     N/A ( )
Date of Final Interview:                                        August 3, 2004
Date Notice of Right to File a Formal Complaint issued:         August 3, 2004

## E.    BASIS(ES) FOR ALLEGED DISCRIMINATION:

1   (X)  Race                      **(Black)**
2   ( )  Color (specify)
3   ( )  National Origin (specify)
4   ( )  Sex (specify)
5   (X)  Age                       **(11/24/45)**
6   ( )  Mental Disability (specify)
7   ( )  Physical Disability (specify)
8   ( )  Religion (specify)
9   (X)  Reprisal (opposed practice(s), or docket number(s) of prior complaint(s), and date(s))
      **See Section C**
10  ( )  Sexual Orientation
11  ( )  Parental Status (specify)
12  ( )  Genetic Information (specify)

## F.    ISSUE(S): (actions, decisions, policies or practices alleged to be discriminatory)

( ) Appointment/Hire, Assignment of Duties ( ), Awards ( ), Conversion to Full Time ( ),
Disciplinary Action – Demotion ( ), Disciplinary Action – Suspension ( ), Disciplinary Action –
Removal ( ), Disciplinary Action – Other(specify) ( ), Duty Hours ( ), Evaluation Appraisal ( ),
Examination Test ( ), Harassment – Non-Sexual ( ), Harassment – Sexual ( ), Medical
Examination ( ), Pay Including Overtime ( ), Promotion (X), Non-Selection ( ), Reassignment –
Denied ( ), Reassignment – Directed ( ), Reasonable Accommodation ( ), Reinstatement ( ),
Retirement ( ), Termination ( ), Terms/Conditions of Employment ( ), Time and Attendance ( ),
Training ( ), Other (explain):

## G.    REMEDY REQUESTED:

1. Placed in the Human Resources Specialist, CG-0201-12 position that she applied for.
2. Compensation for pain and suffering.

H.    **SUMMARY OF COUNSELOR'S INQUIRY:**

(1) <u>Aggrieved Person</u>:

Ms. Dorothy Chappell-Johnson, the Aggrieved Person ("AP"), alleges discrimination on the bases of race (Black), age (DOB: 11/24/45) and reprisal (prior EEO activity) when, on April 6, 2004, she learned that a younger white employee, Patricia Quattrone, was selected for the position, Human Resources Specialist, (Information Systems and Compensation), CG-0201-11/12, under Vacancy Announcement Number 2003-HQ-2419. AP stated that she (AP) had posted, qualified and interviewed for the position.

AP stated that she held the Human Resources Specialist position for several years until she was downgraded, in 1996, from a grade 11 to a grade 9 due to a reduction-in-force. AP stated that last year she, again, was downgraded to a grade 8 due to another reduction-in-force. AP stated that she has been told on several occasions that she would get her grade 11 back once everything settled; therefore, when she saw the announcement on the board and did so well at the interview, she believed that the position was hers.

AP claimed that race and age were significant factors in her non-selection, but she believed that reprisal for her prior EEO activity was the primary reason for her non-selection.

(2) <u>Involved Manager(s) Response</u>:

**<u>Shirley Purnell, Assistant Director, Washington Personnel Services Branch, Division of Administration 550 17th Street, Room PA-1730-5000 Washington, DC 20429 Telephone Number: 202-942-3077</u>**

(3) <u>Documents Reviewed</u> **(if any):**

I.    **SUMMARY OF INFORMAL RESOLUTION ATTEMPT:**

Settlement:    Yes ( )    Date:        No (X)

Through: Counseling_____, Mediation ___X___

Withdrawal:    Yes ( )    Date:        No (X)

Gaye T. Walker

Name of EEO Counselor (printed)

202-416-2597

Telephone Number

801 17th Street, NW, Room 801-1238 Washington, DC  20434

Work Address

*[signature]*

EEO Counselor's Signature

August 3, 2004

Date

Revised 03/2004

**Federal Deposit Insurance Corporation**
Room 801-1231, 3501 N. Fairfax Drive, Arlington, VA 22226-3500          Office of Diversity and Economic Opportunity

# RIGHTS AND RESPONSIBILITIES OF INDIVIDUALS
# IN THE EEO PROCESS

### Agency Docket Number: FDICEO-040041

In accordance with EEOC regulations at 29 C.F.R. part 1614, your rights and responsibilities in the EEO complaint process are as follow:

1. **EEO Counseling.** If you believe that you have been discriminated against on the basis of race, color, age (40 or older), religion, sex (including pregnancy and sexual harassment), national origin, disability (physical or mental), sexual orientation, parental status, or genetic information, or that you have been retaliated against for engaging in EEO activity, you must contact an Equal Employment Opportunity ("EEO") Counselor within forty-five (45) calendar days of the date of the alleged discriminatory incident, or of the date you learned of, or reasonably should have know of the alleged discriminatory event. If the discriminatory incident involves a personnel action, you must contact an EEO counselor within forty-five (45) calendar days of the effective date of the personnel action.

   You have the right to remain anonymous during the informal EEO counseling process, unless you elect to participate in the FDIC Mediation Program, or you waive the right to anonymity.

   You have the right to representation throughout the complaint process, including at the EEO counseling stage. If you retain an attorney or any other person to represent you, you _must_ provide written notification to the FDIC, and to the Equal Employment Opportunity Commission ("EEOC"), if a formal complaint is also before the EEOC. (Designation of Representative form is attached for your use.) The EEO Counselor is not an advocate for either you or the agency, but acts strictly as a neutral in the EEO process.

   You have the right to seek resolution of your claim through either the EEO counseling process or the FDIC Mediation Program, but not both. Your election is final.

   If you elect the EEO Counseling Procedure, the EEO Counselor has thirty (30) calendar days from the date of your initial contact with the Office of Diversity and Economic Opportunity ("ODEO") to conduct an inquiry and attempt to resolve your claim. If your claim is not resolved within thirty (30) calendar days from the date of initial contact with ODEO, you may elect to either continue or end EEO counseling. If EEO counseling is continued, then a written and signed agreement to extend counseling for up to an additional sixty (60) calendar days will be executed. If EEO counseling is terminated, then a Notice of Right to File a Formal Discrimination Complaint ("NRTF") will be issued.

Reviewed 03/2004

FDIC – Rights and Responsibilities of Individuals
       in the EEO Process

2. **Mediation.** If you elect to participate in the EEO Mediation Program during the informal
   Counseling stage of the EEO process, you must complete and sign the Agreement to Mediate
   and Extend EEO Counseling form. If this form is not completed and returned within five (5)
   calendar days from the date you receive it, your right to mediation will be deemed waived
   and your claim will be processed through the EEO counseling procedure.

   If you timely request mediation, but your claim is not resolved through the EEO Mediation
   Program, the NRTF will be issued to you within ninety (90) calendars day of the date of your
   initial contact with ODEO. The issuance of the NRTF does not preclude you from
   continuing to pursue resolution of your claim through the EEO Mediation Program, or from
   filing a formal complaint through the administrative EEO complaint process. Additional
   information about the FDIC Mediation Program is available in the booklet titled "FDIC
   Mediation Alternatives in the EEO Complaint Resolution Process."

3. **A Formal Complaint under the Administrative EEO Complaint Process.** If you file a
   formal complaint under the Administrative EEO Complaint Process, your complaint must be
   filed <u>within 15 calendar days</u> of receiving the NRTF from the EEO Counselor. The NRTF
   will provide specific instructions relating to the filing of a formal complaint.

   After you file a formal complaint, and the claim in your formal complaint is identified and
   accepted, the FDIC will investigate your complaint. The investigation is to be completed
   within 180 calendar days from the filing date of your formal complaint, unless there is a
   written agreement to extend the investigation for not more than ninety (90) calendar days.
   When a formal complaint has been consolidated with one or more earlier complaints, the
   FDIC is to complete the investigation within the earlier of 180 calendar days after the filing
   of the last complaint, or 360 calendar days after the filing of the first complaint.

   Once the investigation of your complaint is completed, you have the right to participate in the
   EEO Mediation Program during the formal stage of the administrative EEO complaint
   process. If resolution is not reached, or you choose not to participate in the EEO Mediation
   Program, you may request a hearing before an EEOC Administrative Judge (except for a
   mixed case complaint, or a case alleging discrimination based on sexual orientation, parental
   status or genetic information), or request a Final Agency Decision without a hearing.

   You also may request a hearing before an EEOC Administrative Judge (except in a mixed
   case complaint or a case alleging discrimination based on sexual orientation, parental status
   or genetic information) 180 calendar days after you file your formal complaint, or within
   thirty (30) calendar days after you receive the completed report of the investigation,
   whichever comes first. When two or more formal complaints have been consolidated, you
   may request a hearing before an EEOC Administrative Judge at any time after 180 calendar
   days of the filing of the first formal complaint.

Reviewed 03/2004

Your request for a hearing <u>must</u> be submitted to the EEOC District Office listed below:

> Washington Field Office
> EEOC
> 1400 L Street, NW, Suite 200
> Washington, DC 20005
> Telephone Number: 202-275-7377

You also <u>must</u> send a copy of your hearing request to the FDIC, and certify to the EEOC that a copy of the hearing request was sent to the FDIC. Your correspondence to the FDIC must be addressed to the following Agency Official:

> FEDERAL DEPOSIT INSURANCE CORPORATION
> OFFICE OF DIVERSITY AND ECONOMIC OPPORTUNITY
> ATTN: ANNA H. MERGELE, CHIEF
> COMPLAINTS PROCESSING BRANCH
> ROOM 801-1231
> 3501 N. FAIRFAX DRIVE
> ARLINGTON, VA 22226-3500

You also have the right to request a Final Agency Decision without a hearing, after the investigation has been completed.

4. **Mixed Cases.** If your claim is appealable to the Merit Systems Protection Board ("MSPB"), you have the right to file a mixed case complaint with ODEO, or a mixed case appeal with MSPB, but not both. In a mixed case complaint, the investigation and final agency decision must be completed within 120 calendar days from the filing date of the complaint. You must file a MSPB appeal within thirty (30) calendar days of the effective date of the action being appealed, or within thirty (30) calendar days of the date you received the agency's decision.

5. **Age Discrimination Complaints.** When age is alleged as a basis for discrimination, you have the right to file a civil lawsuit in U.S. District Court thirty (30) calendar days after you have filed a Notice of Intent to Sue with the agency, or you may file a formal EEO complaint under the administrative EEO Complaint process pursuant to 29 C.F.R. § 1614, but not both.

6. **Equal Pay Act Complaints.** When sex-based wage discrimination is alleged, you have the right to immediately file a civil lawsuit in U.S. District Court under the Equal Pay Act, or you may file an EEO complaint under the administrative EEO Complaint process . If you file an EEO complaint under the administrative EEO Complaint process, however, you must file a civil lawsuit in U.S. Federal District Court within two (2) years of the date of the

Reviewed 03/2004

Case 1:06-cv-01074-RCL    Document 25-7    Filed 07/03/2008    Page 9 of 11
FDIC – Rights and Responsibilities of Individuals
in the EEO Process

alleged discriminatory act, or within three (3) years, if the alleged discriminatory act is intentional. If you do not file a lawsuit within those timeframes, you may lose your right to go to court.

7. **Class Complaints.** If you are seeking EEO counseling as a class agent or representative, you must inform the EEO counselor of this and clearly indicate that you intend to file a class complaint. As with individual EEO counseling, you must seek counseling within forty-five (45) days of the alleged discriminatory event, or within forty-five (45) calendar days of the date that you knew or reasonably should have known of the alleged discriminatory event or personnel action. If the complaint involves a personnel action, you must seek counseling within forty-five (45) calendar days of the effective date of the personnel action.

If EEO counseling of your class complaint is not completed within thirty (30) calendar days from the date of initial contact, the counseling period may be extended up to an additional sixty (60) calendar days. A class complaint must be signed by the class agent or class representative and must identify the policy or practice adversely affecting the class, as well as the specific action or policy affecting the class agent. Within thirty (30) days of the FDIC's receipt of a class complaint, the FDIC will designate an Agency Representative and forward the class complaint, with a copy of the EEO Counselor's Report and other relevant information, to the EEOC. The EEOC will certify or dismiss the class complaint. If the class complaint is dismissed, you have the right to file an individual formal EEO complaint.

8. **Civil Actions.** You have the right to file a civil lawsuit in U.S. District Court 180 calendar days after filing a formal complaint, or 180 calendar days after filing an administrative appeal with EEOC, if no final decision has been rendered by the FDIC or EEOC – except for complaints filed under the Equal Pay Act (see Section 6 above), and complaints filed on the basis of sexual orientation, parental status and genetic information.

9. **Your Responsibilities.** It is your duty to keep the FDIC and the EEOC informed of your current mailing address and to serve copies of hearing requests and appeal papers on the FDIC as indicated:

> FEDERAL DEPOSIT INSURANCE CORPORATION
> OFFICE OF DIVERSITY AND ECONOMIC OPPORTUNITY
> ATTN: ANNA H. MERGELE, CHIEF
> COMPLAINTS PROCESSING BRANCH
> ROOM 801-1231
> 3501 N. FAIRFAX DRIVE
> ARLINGTON, VA 22226-3500

It is your duty to mitigate damages. If you were an applicant for a position at the FDIC who was not selected, or a former FDIC employee whose employment was terminated, you must use your best efforts to obtain employment comparable to the position at the FDIC that you sought, or that you lost.

Reviewed 03/2004

Your rejection of an offer of resolution made by the FDIC pursuant to 29 C.F.R.
§ 1614.109(c) may limit the amount of attorney's fees or costs that you can recover.[1]

Please sign and return a copy of this form via facsimile to (202) 416-2520. Mail or hand-deliver
the original to:

> FEDERAL DEPOSIT INSURANCE CORPORATION
> OFFICE OF DIVERSITY AND ECONOMIC OPPORTUNITY
> ATTN: GAYE T. WALKER, EEO COUNSELOR
> ROOM 801- 1238
> 3501 N. FAIRFAX DRIVE
> ARLINGTON, VA  22226-3500

If you have any questions, please call Susan Berman, Chief, Informal Cases Processing Section at:
(202) 416-2148, or Mike Moran, Chief, Formal Complaints Processing Section at: (202) 416-2014.

**Dorothy Chappell-Johnson**
Print or Type Name of the Aggrieved Person

Signature of the Aggrieved Person          Date  May 24, 04

---

[1] Attorney's fees or costs are not recoverable for administrative complaints filed under the Age Discrimination in
Employment Act and the Equal Pay Act.

Reviewed 03/2004

**Federal Deposit Insurance Corporation**
Room 801-1231, 3501 N. Fairfax Drive, Arlington, VA  22226-3500

Office of Diversity and Economic Opportunity

# DESIGNATION OF REPRESENTATIVE[1]
## Agency Docket Number FDICEO-040041

I, **Dorothy Chappell-Johnson**, hereby designate the individual listed below to serve as my representative in all matters pertaining to my discrimination claim(s) against the Federal Deposit Insurance Corporation.

Name of Representative:  _____

Address:  _____

_____

Telephone Number:  _____

Facsimile Number:  _____

E-Mail Address:  _____

I understand that the authority and responsibility granted to the above person by this designation may be terminated by me at any time.  If this should occur I will notify, in writing, the EEO Counselor, as indicated below:

EEO Counselor
FEDERAL DEPOSIT INSURANCE CORPORATION
OFFICE OF DIVERSITY AND ECONOMIC OPPORTUNITY
ATTN: GAYE T. WALKER, EEO COUNSELOR
ROOM 801- 1238
3501 N. FAIRFAX DRIVE
ARLINGTON, VA  22226-3500
Facsimile Number: (202) 416-2520

Although my representative may act for me in all matters pertaining to my discrimination claims, I understand that in the event I withdraw my claim(s) during the EEO process or reach a settlement with the Federal Deposit Insurance Corporation, I must personally sign any withdrawal notice or settlement agreement.

_____          _____
Signature of Aggrieved Person                                    Date

Please sign, date and return a copy of this form via facsimile, fax number: (202) 416-2520.  Mail or hand-deliver the original form to:

FEDERAL DEPOSIT INSURANCE CORPORATION
OFFICE OF DIVERSITY AND ECONOMIC OPPORTUNITY
ATTN: GAYE T. WALKER, EEO COUNSELOR
ROOM 801- 1238
3501 N. FAIRFAX DRIVE
ARLINGTON, VA  22226-3500

---

[1] All official correspondence will be sent to representative, with copies to Aggrieved Person, unless Aggrieved Person directs the FDIC in writing to send official correspondence directly to him or her. 29 C.F.R. § 1614.605(d).

Reviewed 03/2004