# PLAINTIFF'S EXHIBIT (PX) 7

# OPTIONAL APPLICATION FOR FEDERAL EMPLOYMENT - OF 612

You may apply for most jobs with a resume, this form, or other written format. If your resume or application does not provid... is form and in the job vacancy announcement, you may lose consideration for a job.

**EXHIBIT G3b**

| | | |
|---|---|---|
| 1 Job title in announcement<br>HUMAN RESOURCES SPECIALIST (INFO SYS & COMPENSATION) | 2 Grade(s) applying for<br>07, 09 | 3 Announcement number<br>2004-HQ-2637 |
| 4 Last name<br>Little | First and middle names<br>Roger  Alan | 5 Social Security Number |
| 6 Mailing address<br><br>City        State        ZIP Code | | 7 Phone numbers (include area code)<br>Daytime   (202) 942 3426<br><br>Evening |

## *WORK EXPERIENCE*

8 Describe your paid and nonpaid work experience related to the job for which you are applying. Do **not** attach job descriptions.

1) Job title (if Federal, include series and grade)
   Human Resource Assistant CG-0203-07

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 10 2001 | pres | $ | annum | 40 |

Employer's name and address
Federal Deposit Insurance Corporation
550 17th Street, NW Washington, DC 20429

Supervisor's name and phone number
Janet Vorce
(202) 942 3517

Describe your duties and accomplishments

Determine and apply Federal laws and regulations in the administration of of personnel actions, e.g. hiring, promoting, and reassigning FDIC workforce. Assign Nature of action, legal authority, and requisite codes and remarks to Personnel Actions. Establish Official Personnel Folder and request creditable service for new hires. Coordinates job offers and security background checks for new employees. Determine and assign applicable retirement system for new hires. Approves benefit elections for new employees. Assist HR Specialist in reviewing applications and establishing rosters under the guidelines of the agency Merit Promotion system. Assist HR Specialist in filling and managing vacant positions in organization. Assist employees in understanding personnel programs and procedures. Assist employees in resolution of payroll/personnel related inquiries. Contact point for NFC generated bills. Work on various improvement projects to increase productivity and improve communication with our Managers and clients. Use Access, MS Word, MS Outlook, and MS Excel to create applications designed to improve work processes.

2) Job title (if Federal, include series and grade)
   Payroll/Personnel Systems Asst CG-0303-07

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 02 1994 | 09 2001 | $ | | 40 |

Employer's name and address
Federal Deposit Insurance Corporation
550 17th Street, NW Washington, DC 20429

Supervisor's name and phone number
Natalie Tyce
(202) 942 3448

Describe your duties and accomplishments

Serve as the Payroll Expert for WPSS and as such, assist and advise staff on laws and procedures governing pay actions. Create Excel spreadsheets and MS Access databases to calculate pay data for backpay cases, reimbursable details, Cat 2 details, Life Insurance Taxable Cost, promotion pay setting, annual pay adjustments, federal and state taxes, employees part-time status pay, NFC Bills to employees, Military Retirement Deposits, various tracking systems, etc. Administrator for manual pay functions, which includes calculating and initiating pay for Chairman, Vice Chairman and other Schedule C Presidential Appointees paid under EX Schedule. Write procedures for processing payroll actions uncer Schedule C Presidential Appointments. Write internal control and risk management plans for WPSS and PSB nationwide. Assist in maintaining Critical Business Functions plans for PSB nationwide. Write and maintain Emergency Preparedness Plan for Personnel records. Serve as ARMS administrator for OPF records management. Work with Associate and Assistant Dircetores to create MS Powerpoint presentations for agency and interagency briefings as well as for interactive-multimedia training exercises. Maintain WPSS internal Web Site. Work on various Agency projects, e.g. ODEO records cleanup, COPS, NFC Mapping projects.(See attachment A)

2004 SEP -8 A 1 08

HRB INFORMATION CENTER

**9** May we contact your current supervisor?

YES ☒    NO ☐ è    If we need to contact your current supervisor before making an offer, we will contact you first.

## EDUCATION

**10** Mark highest level completed.    Some HS ☐    HS/GED ☒    Associate ☐    Bachelor ☐    Master ☐    Doctoral ☐

**11** Last high school (HS) or GED school. Give the school's name, city, State, ZIP Code (if known), and year diploma or GED received.

Calvin Coolidge Sr. High
5th & Tuckerman St., NW Washington DC 20011

**12** Colleges and universities attended. Do not attach a copy of your transcript unless requested.

| | Name | | | Total Credits Earned | | Major(s) | Degree - | Year |
|---|---|---|---|---|---|---|---|---|
| 1) | DeAnza College | | | Semester | Quarter | | (if any) | Received |
| | City | State | ZIP Code | | | Photography | N/A | |
| | Cupertino | CA | 95015 - | | 47 | | | |
| 2) | | | | | | | | |
| 3) | | | | | | | | |

## OTHER QUALIFICATIONS

**13** **Job-related training courses** (give title and year). **Job-related skills** (other languages, computer software/hardware, tools, machinery, typing speed, etc. **Job-related certific** and licenses (current only). **Job-related** honors, awards, and special accomplishments(publications, memberships in professional/honor societies, leadership activities, publi speaking, and performance awards.) Give dates, but do not send documents unless requested.

Training: Pizza Hut management training 1982-1983; Basic Internet Skills, 1995; Harvard Graphics, 1995; Lotus 1-2-3 v4.0, 1995; MS Access Beginning Intermediate, Advanced-Application Development,1998; MS Excel, Beginning, Intermediate, Advanced 1998-99; Awards: Meritorious Performance 1997 Special Acheivement 1987, 90, 91; Special Act/Service 3 received in 1996; Star Award 2 received in 1996, 1998, 2 received in 1999; 2000, 2001, 2 receive 2003, 2004. Intermediate to Advanced skills using the following software: Internet Explorer, Netscape Composer, Netscape Navigator, DOS Editior, CuteF Cute HTML, Frontpage, MS Access 97-2003, MS Excel 97-2003 MS Powerepoint 97, MS Binder, MS Photo Editor, MS Camcorder, MS Word 2003, Cor Graphics, Corel Photopaint, Paintshop Pro, Adobe Photoshop, WordPerfect, Lotus 1-2-3, WinZip, PKZip, Microsoft Project, Calendar Creator Plus, All sta software in OS Win95-Win98.
NFC training on the following systems: EPIC, EARN, WTOWINQ, PINQ, IRIS, PRES, PACT, HCUP, FINQ, SINQ, TINQ, CULPRPT, FOCUS, BATCHFOC, FOCUS, PMSO,
I have 2 personal Websites http://users.erols.com/rlittle and a mirror site http://www.geocities.com/ralittle

## GENERAL

**14** Are you a U.S. citizen?    YES ☒    NO ☐ è    Give the country of your citizenship.

**15** Do you claim veterans' preference?    NO ☐    YES ☒ è    Mark your claim of 5 or 10 points below.

**5 points** ☐ è Attach your DD 214 or other proof.    **10 points** ☐ è Attach an *Application for 10-Point Veterans' Preference* (SF 15) and proof requir

**16** Were you ever a Federal civilian employee?

| | | | | | Series | Grade | From (MM/YY) | To (M |
|---|---|---|---|---|---|---|---|---|
| | NO ☐ | YES ☒ è | For highest civilian grade give: | | CG | 07 | 02 1994 | |

**17** Are you eligible for reinstatement based on career or career-conditional Federal status?

NO ☐    YES ☐ è    If requested, attach SF 50 proof.

## APPLICANT CERTIFICATION

**18** I certify that, to the best of my knowledge and belief, all of the information on and attached to this application is true, correct, complete and made in good faith. I underst false or fraudulent information on or attached to this application may be grounds for not hiring me or firing me after I begin work, and may be punishable by fine or imprison understand that any information I give may be investigated.

**SIGNATURE**    **DATE SIGNED**

Attachment A

Use knowledge of the Federal Personnel System's laws and regulations and FDIC personnel and payroll procedures, and the ability to interpret said laws regulations and procedures to perform various tasks. Write and assist in writing procedures for Personnel Management Specialists, Benefits Specialists and Assistants, and Payroll/Personnel Assistants and Clerks on various teams in the Washington Personnel Services Section. In this regard, responsible for making sure the section has adequate procedures and guidance regarding the processing of personnel documents and payroll actions. Assist in the development of standard procedures and policies for operating the automated payroll/personnel system, and devise new methods to accomplish work objectives. Serve as WPSS expert in following NFC payroll/personnel systems; EPIC, EARN, WTWO, PINQ, PRES, PACT, HCUP, FINQ, SINQ, CULPRPT, FOCUS, SPPS, MANLOG, ABCO, PRES, IRIS, BATCHFOC, and PMSO.

Develop Internal Control and Risk Management Plan for WPSS. Perform risk assessment of all WPSS functions to identify those presenting a risk of waste, fraud, loss, unauthorized use, or misappropriation. Develop and recommend steps to deal with these risks. Implement recommendations approved by Asst. Director and monitor developed control techniques for efficiency. Perform annual Internal Control Reviews for all WPSS risk areas to ensure usage of proper control techniques.

Write and implement procedures and policies for the Manual Pay Unit of NFC as they relate to FDIC procedures. Provide the Asst. Director and Team Leaders with reports and information on all payroll/personnel operational areas.

Principal contact and liaison on issues involving manual pay of FDIC Presidential Appointees. Calculate and maintain all payroll/personnel salary data for Presidential Appointees using linked Excel spreadsheets. Provide manual pay calculations to NFC for Presidential Appointees' semi-monthly salary. Review NFC pay calculations and resolves discrepancies. Monitor changes in Presidential Appointees benefits and taxes as they relate to pay and make appropriate adjustments based on new formulas (i.e. tax, benefits, salary) and procedures. Perform annual IRS Form W2 reconciliation at year's end.

Leave Transfer program coordinator. Process leave transfer applications and use TINQ to deduct leave from donors and apply leave to qualified leave donor program recipients. Perform leave audits to ensure leave usage complies with FDIC leave policies. Perform annual and sick leave audits. Assist BTA administrator with T & A reports.

Contact point for the Office of the Inspector General in regard to audits of the Payroll/Personnel data on the FDIC hub database and NFC PayPers database. Provide information and clarification on payroll formulas and processes as well as data storage.

Responsible for special projects, such as conducting surveys and studies (e.g. the Data Quality Initiative where I created a database and survey documents to identify errors in employees personnel and payroll data recorded on SF-50s and on the NFC Pay/Pers database nationwide). In this regard, prepare presentations for the Assistant Director using PowerPoint97 and/or other presentation software or media to convey progress and results of projects.

Work with Design and Graphics unit to create presentations, Mission Statements, brochures, training material and other visual media. Create graphics and audio-visual media using photographic equipment, e.g. Canon 650, 630 35mm camera, Bronica SqAi medium format camera, Digital cameras, and computer software such as Paintshop Pro, Photoshop, Corel Photo

Suite, Roxio Photo Suite, MS Publisher, MS Photo editor, FrontPage (internet use), Quark Express, and others.

Investigate application of available technology and services to FDIC payroll/personnel operations and functions. Work with ISS and DIRM to acquire technology to improve efficiency and productivity of Payroll/Personnel functions. Train the staff on new system developments and changes in policy and procedures. Conduct periodic briefings to familiarize staff with new procedures and pending developments.

Reconcile payroll/personnel suspense reports and provide advice, guidance and assistance to administrative personnel in the resolution of complex payroll/personnel processing problems and oversee the computation and processing of a variety of salary related payments that cannot be scheduled through the NFC automated payroll system.

Backup for Garnishments, Tax Levies, Quick Service Wires, Awards, Waivers, and AD 581 – Record of Leave Transferred.