# PLAINTIFF'S EXHIBIT (PX) 8

## EEO INFORMATION FOR APPLICANTS

| Name | Sex | DOB | Prior EEO Activity |
|---|---|---|---|
| | Female | 11/15/57 | No prior EEO activity |
| | Female | 2/7/66 | No prior EEO activity |
| | Female | 1/29/62 | No prior EEO activity |
| | Female | 2/28/61 | No prior EEO activity |
| Complainant | Female | 11/24/45 | Prior EEO activity |
| Roger Little (selectee) | Male | 5/28/63 | No prior EEO activity |