# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 04-5426**　　　　　　　　　　　　　　　**September Term, 2004**
　　　　　　　　　　　　　　　　　　　　　　　　03cv01557

　　　　　　　　　　　　　　　　　　　Filed On: June 23, 2005 [902269]

Dorothy Chappell-Johnson,
　　　　Appellant

v.

Donald E. Powell, Chairman, Federal Deposit
Insurance Corporation,
　　　　Appellee

　　**BEFORE:**　Edwards, Randolph, and Garland, Circuit Judges

## O R D E R

　　Upon consideration of the motion for summary affirmance, the opposition thereto, and the reply, it is

　　**ORDERED** that the motion for summary affirmance be denied as to appellant's claims alleging discrimination on the basis of race and age pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq. and the Age Discrimination in Employment Act, as amended, 29 U.S.C. § 633a(a). The merits of the parties' positions are not so clear as to warrant summary action on these claims. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). It is

　　**FURTHER ORDERED** that the motion for summary affirmance be granted as to appellant's retaliation claim. Appellant failed to establish a prima facie case of retaliation because there was no causal connection between the non-promotion and appellant's protected activity. See Jones v. Washington Metropolitan Area Transit Auth., 205 F.3d 428, 433 (D.C. Cir. 2000); Mitchell v. Baldrige, 759 F.2d 80, 86 (D.C. Cir. 1985) ("The causal connection component of the prima facie case may be established by showing that the employer had knowledge of the employee's protected activity, and that the adverse personnel action took place shortly after that activity.").

　　Because the court has determined that summary disposition is not in order with respect to the discrimination claims, the Clerk is instructed to calendar the remainder of this case for presentation to a merits panel. Pursuant to Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate until resolution of the remainder of the appeal.

**EXHIBIT 32**　　　　　　　　　**Per Curiam**
**CHAPPELL-JOHNSON v. BAIR**
**(No. 06-1074-RCL)**