UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOROTHY CHAPPELL-JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 03-1557 (RCL) |
| ) | |
| DONALD E. POWELL, Chairman, ) | |
| Federal Deposit Insurance Corporation, ) | ECF |
| ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANT'S (1) REPLY IN SUPPORT OF MOTION TO DISMISS,
OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT,
AND (2) OPPOSITION TO PLAINTIFF'S RULE 56(f) MOTION**

Defendant Federal Deposit Insurance Corporation ("FDIC") respectfully files this reply in support of its Motion to Dismiss, or in the Alternative, for Summary Judgment, with supporting memorandum (the "motion to dismiss"). Plaintiff in this case alleges employment discrimination on the basis of race arising from (1) the FDIC's decision not to promote her in 1999, and (2) retaliation for her 1999 EEO complaint in form of alleged "pressure" put on her to accept a downgrade in 2003. Defendant argued it its motion to dismiss that the first claim cannot succeed as a matter of law because the position at issue was never filled. Defendant argued that the second claim must be dismissed for any of three reasons: (1) plaintiff failed to exhaust her administrative remedies, as required by Title VII; (2) the alleged action--pressuring her to take a downgrade that she refused--does not constitute an adverse action within the meaning of Brown v. Brody, 199 F.3d 446, 456 (D.C. Cir. 1999); and (3) the alleged retaliation was too remote from the protected activity to state a claim under controlling case law.

**EXHIBIT 33
CHAPPELL-JOHNSON v. BAIR
(No. 06-1074-RCL)**