**EXHIBIT 34**
**CHAPPELL-JOHNSON v. BAIR**
**(No. 06-1074-RCL)**

# Merit Promotion Roster

| Location/Division/Office | Issue Date |
| --- | --- |
| Division of Administration<br>Human Resources Branch | 10/12/04 |
| | Announcement No.<br>2004-HQ-2650 |
| | Position Title/Series/Grade<br>HUMAN RESOURCES SPECIALIST<br>CG-0201-09/11/12 |

**INSTRUCTIONS FOR SELECTING OFFICIAL:** The candidates listed below may be considered for the subject position. Selections from this roster must be made by the DUE DATE, which may be extended with approval from the Personnel Services Branch (PSB).

**Due Date: 12/11/04**

To assure full consideration, if one candidate is interviewed, every reasonable effort should be made to interview all candidates. After the review and interview process is complete, please select or non-select the candidates, indicating "S" for select and "NS" for non-select in the "Action" column below. If no selection is made, indicate the reason in the "Remarks" section. Please do not notify any of the candidates without prior concurrence of the Personnel Services Branch.

Sign, date and return this roster and all attachments to: PSB, Headquarters-Washington DC Personnel Services Sections. Questions may be addressed to the PSB Certifying Official who has signed in the space below.

| Applicants | Action |
| --- | --- |
| **CG-09 ELIGIBLES** | |
| BEESON, SANDRA L. | NS |
| BLANCHARD, PHILIP M. | NS |
| FOREMAN, PAULA D. | S |
| IRBY, GEORGETTE O. | NS |
| KEARNEY, KAREN R. | NS |
| LIPPI, DONNA M. | NS |
| PAYNE, PRISCILLA A. | NS |
| PETTY, MICHELLE V. | NS |
| SCOTT, SHIRLEY F. | NS |
| **CG-11 ELIGIBLES** | |
| KEARNEY, KAREN R. | NS |
| ORR, JOYCE M. | S |

Note: You are advised not to make any job offers or tentative job offers without the concurrence of your servicing personnelist.

Remarks:

| PSB CERTIFYING OFFICIAL | TELEPHONE NUMBER |
| --- | --- |
| [signature] | (202) 942-3009 |
| SELECTING OFFICIAL (Print and Sign Name) & DATE | DIV OFF APPROVING OFFICIAL & DATE |
| Lourdes Sotocua  10/29/04 | Jess Cheney for Miguel Torrado  10/29/04 |

FDIC Form 2110/19(1-94)