UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOROTHY CHAPPELL-JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 06-1074 (RCL) |
| v. | ) |
| | ) |
| **SHEILA M. BAIR,** | ) |
| **Chairman,** | ) |
| **Federal Deposit Insurance Corporation** | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

Defendant Sheila M. Bair, Chairman of the Federal Deposit Insurance Corporation, has moved [17] for summary judgment in her favor in this employment discrimination suit. The Court has considered the parties' filings, the entire record herein, and the applicable law. For the reasons explained in the accompanying memorandum opinion, it is hereby

ORDERED that defendant's motion [17] is GRANTED, and summary judgment is entered in favor of defendant, dismissing this case with prejudice.

SO ORDERED.


Signed by Royce C. Lamberth, Chief Judge, September 3, 2008.